# Exhibit A

Skip to Main Content Logout My Account My Cases Search Menu New Civil Search Refine Search  Back                Location : North Central District   Images Help

# Register of Actions
## Case No. 07-2021-CV-00041

| | | | |
|---|---|---|---|
| **Bordal Farms Ltd vs. Archer-Daniels-Midland Company** | | § § § § § § | Case Type: **Other Civil**<br>Date Filed: **10/07/2021**<br>Location: **-- Burke County**<br>Judicial Officer: **Lee, Gary** |

---

### Party Information

| | | | |
|---|---|---|---|
| **Defendant** | **Archer-Daniels-Midland Company** | | **Attorneys**<br>**Ian Ronald McLean**<br>*Retained*<br>701-232-8957 x0000(W) |
| | 4666 E FARIES PKWY<br>DECATUR, IL 62526-5630 | | |
| | | | ~~Pro Se~~~~Joseph A Wetch~~<br>~~Retained~~<br>~~701-232-8957 x0000(W)~~ |
| **Plaintiff** | **Bordal Farms Ltd**<br>1031 County Rd 6<br>Columbus, ND 58727 | | **Steven A. Lautt**<br>*Retained*<br>701-852-0381 x0000(W) |

---

### Events & Orders of the Court

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 10/07/2021 | Notice | Index # 1 |
| | *Notice of Motion for Termination of Arbitration Proceedings Pursuant to NDCC 32-29.3-05* | |
| 10/07/2021 | Motion | Index # 2 |
| | *Motion for Termination of Arbitration Proceedings Pursuant to NDCC 32-29.3-05* | |
| 10/07/2021 | Brief | Index # 3 |
| | *Brief in Support of Motion for Termination of Arbitration Proceedings Pursuant to NDCC 32-29.3-05* | |
| 10/07/2021 | Exhibit | Index # 4 |
| | *Exhibit 1 - Request for Arbitration Documents* | |
| 10/07/2021 | Notice of Assignment and Case Number | Index # 5 |
| 10/21/2021 | Notice | Index # 6 |
| | *Notice of Appearance* | |
| 10/21/2021 | Service Document | Index # 7 |
| | *Certificate of Service (Lautt)* | |
| 10/21/2021 | Stipulation / Agreement | Index # 8 |
| | *Stipulation Regarding Defendant s Time to Respond to Motion for Termination of Arbitration Proceedings* | |
| 10/21/2021 | Proposed Order | Index # 9 |
| | *(Proposed) Order Extending Defendant s Time to Respond to Motion for Termination of Arbitration Proceedings (McLean)* | |
| 10/21/2021 | Service Document | Index # 10 |
| | *Certificate of Service (Lautt)* | |
| 10/25/2021 | Order | Index # 11 |
| | *Order Extending Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings* | |
| 10/26/2021 | Notice | Index # 12 |
| | *Amended Notice of Appearance* | |
| 10/26/2021 | Service Document | Index # 13 |
| | *Certificate of Service (S. Lautt)* | |
| 10/28/2021 | Stipulation / Agreement | Index # 14 |
| | *Stipulation Regarding Defendant s Time to Respond to Motion for Termination of Arbitration Proceedings by Ian McLean* | |
| 10/28/2021 | Proposed Order | Index # 15 |
| | *Granting Extending Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings by Ian McLean* | |
| 10/28/2021 | Service Document | Index # 16 |
| | *Certificate of Service upon Steven Lautt by Ian McLean* | |
| 10/29/2021 | Order | Index # 17 |
| | *Order Granting Extending Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings* | |
| 11/05/2021 | Stipulation / Agreement | Index # 18 |
| | *Stipulation Regarding Defendant s Time to Respond to Motion for Termination of Arbitration Proceedings* | |
| 11/05/2021 | Proposed Order | Index # 19 |
| | *(Proposed) Order Extending Defendant s Time to Respond to Motion for Termination of Arbitration Proceedings (McLean)* | |
| 11/05/2021 | Service Document | Index # 20 |
| | *Certificate of Service (Lautt)* | |

---

### Financial Information

| | | | |
|---|---|---|---|
| **Plaintiff** Bordal Farms Ltd | | | |
| Total Financial Assessment | | | 80.00 |
| Total Payments and Credits | | | 80.00 |
| **Balance Due as of 11/05/2021** | | | **0.00** |
| 10/07/2021 | Transaction Assessment | | 80.00 |
| 10/07/2021 | E-File Payment | Receipt # 07-2021-789 | Bordal Farms Ltd | (80.00) |

**Exhibit A Page 1 of 64**

STATE OF NORTH DAKOTA            IN DISTRICT COURT
COUNTY OF BURKE        NORTH CENTRAL JUDICIAL DISTRICT

Brodal Farms Ltd.,            Court File No. 07-2021-CV-00041

       Plaintiff,

v.            **NOTICE OF MOTION FOR**
           **TERMINATION OF ARBITRATION**
Archer-Daniels-Midland Company,        **PROCEEDINGS PURSUANT TO**
           **N.D.C.C. § 32-29.3-05.**
       Defendant.

---

[¶1]     PLEASE TAKE NOTICE that the attached motion for termination of arbitration

proceedings pursuant to N.D.C.C. § 32-29.3-05 has been filed with the Court pursuant to Rule 3.2

of the North Dakota Rules of Court. You are put on notice that upon the filing of briefs or upon

the expiration of the time for filing of briefs, the motion is deemed submitted to the Court unless

any party requests oral argument on the Motion. Failure to file a brief may be deemed an admission

that, in the opinion of party or counsel, the motion is meritorious.

[¶2]     A hearing for the purposes of presenting evidence and oral argument is requested

at the Court's earliest convenience. A hearing shall be scheduled and a notice of hearing date and

time shall be served once this case has been assigned.

       Dated: October 6, 2021            PRINGLE & HERIGSTAD, P.C.


           Steven A. Lautt (ID# 07242)
           2525 Elk Drive
           P.O. Box 1000
           Minot, ND 58702-1000
           (701) 852-0381
           slautt@pringlend.com
           *Attorneys for Plaintiff Brodal Farms Ltd.*

1

STATE OF NORTH DAKOTA                          IN DISTRICT COURT
COUNTY OF BURKE                     NORTH CENTRAL JUDICIAL DISTRICT

Brodal Farms Ltd.,                       Court File No. __07-2021-CV-00041__

                    Plaintiff,

v.                                       **MOTION FOR TERMINATION OF**
                                         **ARBITRATION PROCEEDINGS**
Archer-Daniels-Midland Company,          **PURSUANT TO N.D.C.C. § 32-29.3-05.**

                    Defendant.

---

[¶1]    Plaintiff Brodal Farms Ltd. hereby moves the Court, pursuant to North Dakota's

Uniform Arbitration Act (N.D.C.C. § 32-29.3-05), for an order terminating the purported

arbitration proceedings initiated and threatened by Defendant Archer-Daniels-Midland Company

because there is no agreement to arbitrate between the parties. This motion is based upon all of the

records and files herein and the accompanying brief with attached exhibits.

[¶2]    Plaintiff requests a hearing for the presentation of evidence and oral arguments.


Dated: October 6, 2021                   PRINGLE & HERIGSTAD, P.C.



                                         _____
                                         Steven A. Lautt (ID# 07242)
                                         2525 Elk Drive
                                         P.O. Box 1000
                                         Minot, ND 58702-1000
                                         (701) 852-0381
                                         slautt@pringlend.com
                                         *Attorneys for Plaintiff Brodal Farms Ltd.*


1

**Exhibit A Page 3 of 64**

STATE OF NORTH DAKOTA                    IN DISTRICT COURT
COUNTY OF BURKE                  NORTH CENTRAL JUDICIAL DISTRICT

Brodal Farms Ltd.,                       Court File No.  07-2021-CV-00041

        Plaintiff,

v.                                       **BRIEF IN SUPPORT OF MOTION FOR
                                         TERMINATION OF ARBITRATION
Archer-Daniels-Midland Company,          PROCEEDINGS PURSUANT TO
                                         N.D.C.C. § 32-29.3-05.**
        Defendant.

---

## INTRODUCTION

[¶1]    Defendant Archer-Daniels-Midland Company has initiated arbitration proceedings

against Plaintiff Brodal Farms Ltd. before the National Grain and Feed Association in Arlington,

Virginia. No agreement to arbitrate exists between the parties, and Plaintiff Brodal Farms Ltd.

therefore moves the Court, pursuant to North Dakota's Uniform Arbitration Act (N.D.C.C. § 32-

29.3-05), for an order terminating the arbitration proceedings initiated by Defendant Archer-

Daniels-Midland Company. Plaintiff requests a hearing for the purpose of presenting evidence and

oral argument on these matters at the Court's earliest convenience.

## THE PARTIES

[¶2]    Brodal Farms Ltd. is a farm/ranch corporation incorporated under the laws of North

Dakota, with its principal address at 10131 County Road 6 – Columbus, North Dakota 58727-

9583.

[¶3]    Defendant Archer-Daniels-Midland Company is a Delaware corporation with its

principal office located at 4666 E. Faries Pkwy – Decatur, Illinois 62526-5630.

1

## JURISDICTION AND VENUE

[¶4]    This Court has jurisdiction over this dispute pursuant to N.D.C.C. § 32-29.3-05 of

North Dakota's Uniform Arbitration Act, which provides that "an application for judicial relief

under this chapter must be made by motion to the court and heard in the manner provided by law

or rule of court for making and hearing motions." N.D.C.C. § 32-29.3-05.

[¶5]    Venue is appropriate in this Court pursuant to N.D.C.C. § 32-29.3-27 of North

Dakota's Uniform Arbitration Act, which states in relevant part that "A motion pursuant to section

32-29.3-05 . . . may be made in the court of any county in which an adverse party resides or had a

place of business . . ." Plaintiff Brodal Farms Ltd. is located in Burke County, therefore venue is

appropriate in this Court.

## STATEMENT OF FACTS

[¶6]    Defendant Archer-Daniels-Midland Company ("ADM") has attempted to initiate

an arbitration proceeding against Plaintiff Brodal Farms Ltd. ("Brodal Farms") before the National

Grain and Feed Association ("NGFA") in Arlington, Virginia. *See* Ex. 1, pg. 000032. ADM alleges

that it entered into a written contract with Brodal Farms for the purchase of 1133.98 MT of canola

to be delivered between February 1-28, 2021, but that Brodal Farms breached this alleged contract

by failing to deliver. *See* Ex. 1, pg. 000001-2. ADM further alleges that the purported contract

contains an agreement to arbitrate any disputes arising therefrom before the NGFA. *See* Ex. 1, pg.

0000012. Brodal Farms denies the existence of any agreement with ADM for the sale of canola

and therefore denies the existence of any written agreement to arbitrate disputes before the NGFA.

Brodal Farms therefore requests this Court schedule a hearing for the presentation of evidence and

oral argument and issue an order finding that no agreement to arbitrate exists between the parties.

2

<u>LAW AND ARGUMENT</u>

**1.      <u>THERE IS NO WRITTEN AGREEMENT TO ARBITRATE.</u>**

[¶7]    "Before a party may be compelled to arbitrate under [applicable law], a court must determine whether a valid agreement to arbitrate exists between the parties and whether the specific dispute falls within the substantive scope of that agreement." *26th St. Hosp., LLP v. Real Builders, Inc.*, 2016 ND 95, ¶ 21, 879 N.W.2d 437. To compel arbitration, ADM bears the burden of proving the existence of a written agreement to arbitrate between the parties. *See First Options of Chicago, Inc. v. Kaplan*, 514 U.S. 938, 943–44 (1995) (arbitration agreements are fundamentally contracts and therefore subject to applicable state laws of contract formation); *Van Sickle v. Hallmark & Associates, Inc.*, 744 N.W.2d 532, 536 (N.D. 2008) (party alleging existence of a contract has the burden of proof).

[¶8]    ADM concedes that there is no written agreement between the parties. The written document it attempts to enforce was never signed by Brodal Farms, and therefore there is no written agreement between the parties—either for the sale of the canola or to arbitrate disputes. *See* Ex. 1, pg. 000006. However, ADM seeks to enforce the purported agreement anyways on the theory that Brodal Farms was a "merchant" under the Uniform Commercial Code, and that no formal writing is required under the statute of frauds. *See* Ex. 1, pg. 000002. ADM is correct that the "merchant exception" to the Statute of Frauds excuses merchants from the usual requirement of a written contract in some circumstances. However, in this case, <u>no contract was ever formed between the parties—oral, written, or otherwise</u>. Therefore there is no agreement to arbitrate, and the Court should order that the arbitration proceedings be terminated.

3

**2.      NO CONTRACT WAS FORMED BECAUSE ADM'S PURPORTED "CONFIRMATION" WAS CONDITIONED UPON BRODAL FARMS' ACCEPTANCE OF DIFFERENT, UNACCEPTABLE TERMS.**

[¶9]    Under North Dakota law, contract formation for sales of goods is governed by UCC

§ 2-207, as adopted in North Dakota as N.D.C.C. § 41-02-14, which states:

> 1. A definite and seasonable expression of acceptance or a written confirmation which is sent within a reasonable time operates as an acceptance even though it states terms additional to or different from those offered or agreed upon, <u>unless acceptance is expressly made conditional on assent to the additional or different terms.</u>
>
> 2. The additional terms are to be construed as proposals for addition to the contract. Between merchants such terms become part of the contract unless:
>     a. The offer expressly limits acceptance to the terms of the offer;
>     b. They materially alter it; or
>     c. Notification of objection to them has already been given or is given within a reasonable time after notice of them is received.
>
> 3. Conduct by both parties which recognizes the existence of a contract is sufficient to establish a contract for sale although the writings of the parties do not otherwise establish a contract. In such case the terms of the particular contract consist of those terms on which the writings of the parties agree, together with any supplementary terms incorporated under any other provisions of this title.

N.D.C.C. § 41-02-14 (emphasis added).

[¶10]   Under N.D.C.C. § 41-02-14, ADM's purported "confirmation" cannot operate as

an acceptance if it was expressly made conditional on Brodal Farms' assent to ADM's additional

or different terms. *See* N.D.C.C. § 41-02-14 (1) ("…unless acceptance is expressly made

conditional on assent to the additional or different terms."). The Eighth Circuit's holding in *White*

*Consol. Industries, Inc. v. McGill Mfg. Co., Inc.*, 165 F.3d 1185, 1190 (8th Cir. 1999) is illustrative:

"If a party to a contract expresses acceptance of an offer, while simultaneously proposing

additional or different terms not in the offer, that acceptance is a valid acceptance." However, "[i]f

an 'acceptance is expressly make conditional on assent to . . . additional or different terms' and

4

assent is not forthcoming, then an expression of acceptance, including acceptance by performance, is not a valid acceptance." *Id.* (quoting UCC § 2-207(1)).

[¶11]   In *White Consol. Industries, Inc.*, the merchant seller sent a written price quotation for certain goods to the merchant buyer by mail. *See id.* The merchant buyer responded five days later by sending a purchase order, which included additional terms and conditions, and which also included a merger clause providing that the terms of the purchase order, alone, expressed the agreement of the parties. *See id.* at 1191. The Eighth Circuit held that the merchant buyer's purchase order was a conditional acceptance due to the inclusion of the merger clause in the purchase order. *See id.* "Because [buyer] conditioned its acceptance on [seller]'s assent to the proposed terms in its purchase order, a contract on [buyer]'s terms resulted only if [seller] assented." *Id.*

[¶12]   In this case, the purported agreement sent to Brodal Farms by ADM did not contain the immediate delivery period that was customary between Brodal and ADM in the past. *See* Ex. 1, pg. 000011; 000024. Instead, the purported agreement contained a delivery period that wouldn't begin for 60-90 days. See. Ex. 1, pg. 000006. That delivery period was unacceptable to Brodal Farms, as Brodal wanted to sell and move the canola right away. The purported "confirmation" sent by ADM was expressly conditional on Brodal Farms' assent to this much later delivery period, stating, "THIS AGREEMENT SHALL CONSTITUTE THE FINAL, COMPLETE AND EXCLUSIVE STATEMENT OF THIS CONTRACT AND MAY NOT BE MODIFIED OR RESCINDED EXCEPT BY WRITTEN AGREEMENT SIGNED BY ADM. ADM HEREBY EXPRESSLY OBJECTS TO AND REJECTS ALL TERMS AND CONDITIONS IN SELLER'S CONFIRMATION OR OTHER WRITING, OF WHATEVER KIND, INCONSISTENT WITH OR IN ADDITION TO THE TERMS AND CONDITIONS OF THIS AGREEMENT." *See* Ex. 1,

5

pg. 000007. It is clear that ADM's purported confirmation was expressly made conditional upon Brodal Farms' assent to ADM's different and unacceptable delivery date, among other additional terms, and did not constitute a valid acceptance. *See White Consol. Industries, Inc.*, 165 F.3d at 1190. Therefore, no agreement exists between the parties.

### 3. THE ARBITRATION CLAUSE IN ADM'S PURPORTED "CONFIRMATION" WAS A MATERIAL ALTERATION.

[¶13]   Under N.D.C.C. § 41-02-14, between merchants, additional terms stated in an acceptance become part of the parties' contract unless they materially alter it. *See* N.D.C.C. § 41-02-14(2)(b). In this case, ADM's purported "confirmation" contains numerous additional terms, including the arbitration clause at issue. ADM's purported "confirmation" did not constitute a valid acceptance sufficient to establish a written contract between the parties for the reasons stated above; however, even if it did, that written contract would not include additional terms that materially alter that contract.

[¶14]   The Eighth Circuit has held that the inclusion of an arbitration clause as an additional term in an offeree's purported acceptance was a material alteration. *See PCS Nitrogen Fertilizer, L.P. v. Christy Refractories, L.L.C.*, 225 F.3d 974, 980 n.3 (8th Cir. 2000) (affirming the district court's decision that, even if the parties had formed a contract under §2-207(1), the arbitration clause materially altered the contract and therefore did not become part of the parties' agreement).

[¶15]   In *PCS Nitrogen*, PSC submitted a purchase order to Christy for a certain quantity of goods. *Id.* at 976. PCS's purchase order did not include an arbitration provision. *Id.* Christy's acknowledgement form, however, included terms and conditions on the reverse side of the form, which did include an arbitration provision. *Id.* Christy's acceptance of PCS's offer was conditioned upon PCS's agreement to all of Christy's terms and conditions. *Id.* When the goods failed to

6

function properly, PCS sued and Christy filed an arbitration demand. *Id.* at 977. The district court granted PCS's motion to stay the arbitration, holding that because Christy's acceptance was expressly conditional upon PCS's assent to additional terms (including the arbitration clause), no contract was formed under UCC § 2–207(1). *Id.* Alternatively, the district court determined that, even if Christy's customer acknowledgment was a valid acceptance under § 2–207(1), the provisions of § 2–207(2) prevented incorporation of Christy's added terms because the arbitration clause was a material alteration of the contract. *Id.*

[¶16]   The Eighth Circuit affirmed, reasoning that no contract was created by Christy's acknowledgement because its acceptance was expressly made conditional on PCS's assent to the "additional and different" arbitration term. *Id.* at 979 ("By its very construction, Christy's acceptance is expressly conditional on PCS's assent to all the terms, including the arbitration provision (an additional and different term) . . . . Thus, even under a narrower interpretation of § 2–207(1), Christy's acknowledgment cannot be a valid acceptance under § 2–207(1) and, accordingly, no contract was created by the exchange of forms.") (citation omitted). The Eighth Circuit explained that because no contract was formed under §2-207(1), the district court's alternate analysis under §2- 207(2) was unnecessary. *See id.* at 980 and n. 3 (noting that "because the parties did not form a contract under § 2–207(1), we need not address Christy's arguments as to the applicability of § 2–207(2)").

[¶17]   The Federal District Court for the District of North Dakota has agreed with the Eighth Circuit's analysis, concluding: "The Court finds that an arbitration clause is considered material; thus, it requires the express consent of the parties to become a term to the contract." *See JMAC Res., Inc. v. Cent. Specialties, Inc.*, No. 1:17-CV-84, 2018 WL 11237658, at *3 (D.N.D. Jan. 11, 2018).

[¶18]   In this case, as in *PCS Nitrogen*, ADM's purported "confirmation" was expressly conditional upon Brodal Farms' acceptance of ADM's additional terms, and therefore was not a valid acceptance sufficient to form a contract. However, even if a written contract was formed—which it was not—the inclusion of an arbitration clause was a material alteration and was not incorporated. Therefore, there was no agreement to arbitrate, and the court should order that the arbitration proceedings be terminated.

CONCLUSION

[¶19]   For the reasons stated above, no written agreement exists between the parties, and therefore no written agreement for arbitration exists between the parties. Consequently, the NGFA has no jurisdiction over this dispute, and the Court should order the termination of any further arbitration proceedings. Plaintiff requests a hearing for the purpose of presenting evidence and oral argument on these matters at the Court's earliest convenience.

Dated: October 6, 2021                          PRINGLE & HERIGSTAD, P.C.

Steven A. Lautt (ID# 07242)
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
(701) 852-0381
slautt@pringlend.com
*Attorneys for Plaintiff Brodal Farms Ltd.*

07-2021-CV-00041



Christopher A. Kreuder
Associate
christopher.kreuder@faegredrinker.com
+1 515 447 4733 direct

Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
+1 515 248 9000 main
+1 515 248 9010 fax

faegredrinker.com

August 31, 2021

**VIA UPS**

Charles M. Delacruz
Senior VP, General Counsel, and Secretary
National Grain and Feed Association
1400 Crystal Drive, Suite 260
Arlington, VA 22202

Re:   Archer-Daniels-Midland Company v. Brodal Farms, Ltd. - Request for Arbitration

Dear Mr. Delacruz:

I am writing to you on behalf of Archer-Daniels-Midland Company ("ADM") to request that the National Grain and Feed Association (the "NGFA") resolve by arbitration a contract dispute between ADM and Brodal Farms Ltd. ("Brodal Farms"). Enclosed as *Exhibit A* you will find ADM's NGFA Arbitration Complaint Form, which incorporates this letter by reference. This dispute arose because Brodal Farms refused to tender to ADM 1,133.99 MT of canola under the parties' written contract. Brodal Farms repudiated and breached the parties' contract and has damaged ADM in the amount of $245,008.74, plus the costs and attorneys' fees incurred in resolving this dispute.

ADM is a member of the National Grain and Feed Association. Brodal Farms is a North Dakota corporation and farming business operated by Lynn Brodal and based in Columbus, North Dakota.

On December 2, 2020, ADM and Brodal Farms entered an oral agreement for the sale of 1,133.99 MT of canola facilitated by Toby Torkelson of Rayglen Commodities, acting as broker. Pursuant to NGFA Trade Rule 3(A), ADM mailed a copy of its contract confirmation (ADM Contract No. 13984, attached as *Exhibit B*) to Brodal Farms at 10131 County Road 6, Columbus, North Dakota 58727. On December 2, 2020, the same day as the trade, Rayglen also emailed to Brodal Farms a confirmation of the trade (Rayglen Contract No. GCC149581, attached as *Exhibit C*). The key terms of the trade are identical[1] between the two confirmations:

| | | |
|---|---|---|
| - | Commodity: | Canola; |
| - | Quantity: | 1133.98 MT; |
| - | Price: | US $407.86; |
| - | Delivery: | FOB Columbus, ND |
| - | Delivery Period: | February 1 – 28, 2021. |

(*Compare* Ex. B p. 1 *with* Ex. C). The terms and conditions printed on the second page of ADM's confirmation name the NGFA Trade Rules as governing the trade and further provides that NGFA arbitration shall be the required venue for all disputes:

---

[1] There are minor differences concerning the price and quantity due to rounding errors.

**EXHIBIT**

**1**

Charles M. Delacruz                            - 2 -                            August 31, 2021

> The parties agree that the sole remedy for resolution of any and all disagreements
> or disputes arising under or related to this agreement shall be through arbitration
> proceedings before the NGFA pursuant to the NGFA Arbitration Rules.

(Ex. B, p. 2). Furthermore, ADM and Brodal have a history of trading under the NGFA Trade
Rules. The most recent ADM-Brodal Farms contracts each include the above arbitration provision.
Two such contracts are attached as *Exhibit D* (ADM Contract No. 12576, executed July 30, 2020)
and *Exhibit E* (ADM Contract No. 13206, executed September 29, 2020). Immediately following
each attached contract are the settlement sheets reflecting Brodal Farms' delivery under the
terms and conditions of ADM's contract.[2]

Brodal Farms did not send a contract confirmation to ADM, and Brodal Farms did not notify ADM
or Rayglen to object to ADM Contract No. 13984 as required by NGFA Trade Rule 3(B). Indeed,
attached as *Exhibit F* are text messages from Lynn Brodal to Toby Torkelson confirming the
existence of the trade and inquiring regarding the delivery period. (Exhibit F (text message from
L. Brodal to T. Torkelson dated December 15, 2020 ("When will canola trucks come."))). Lynn
Brodal then waited an additional three weeks before informing Rayglen or ADM of an alleged
dispute concerning the delivery period of the trade.

Brodal Farms refused to tender the canola during February of 2021 as required by ADM Contract
No. 13984, breaching the contract. Pursuant to NGFA Trade Rule 28(A), ADM cancelled the
defaulted contract and invoiced Brodal Farms for the resulting market losses of $245,008.74,
requesting payment by June 30, 2021. Brodal Farms has refused to compensate ADM for its
losses.

ADM therefore requests the resolution of this dispute by arbitration and an arbitration award
against Brodal in the amount of $245,008.74. The terms of the parties' contract further entitle
ADM to recover its arbitration fee, reasonable attorneys' fees, and all other costs incurred by ADM
in connection with this arbitration. (*See* Exhibit B p. 2).

Very truly yours,

Christopher A. Kreuder

Attachments

---

[2] Moreover, Brodal Farms had previously represented to ADM under these prior agreements that Brodal
Farms was a merchant as defined by the Uniform Commercial Code (Exhibits D and E p. 2), and therefore,
this contract falls under North Dakota's merchant exception to the statute of frauds. N.D. Cent. Code Ann.
§ 41-02-08(2).

# Exhibit A



**NGFA Arbitration**

1400 Crystal Drive, Suite 260
Arlington, VA 22202

P: (202) 289-0873
F: (202) 289-5388

## NGFA Arbitration Complaint Form

**To: NGFA Secretary ▪ National Grain and Feed Association**
**1400 Crystal Drive, Suite 260 ▪ Arlington, VA 22202**

*Pursuant to NGFA Arbitration Rule 2(A), this constitutes a complaint to commence a case for arbitration by the National Grain and Feed Association:*

**Today's Date:** August 30, 2021

### Claimant(s) Information

**Claimant(s):** Archer-Daniels-Midland Company

**Primary Contact:** Christopher A. Kreuder, Faegre Drinker Biddle & Reath LLP

**Address:** 801 Grand Ave 33rd Flr, Des Moines, Iowa , 50309

**Telephone:** 515-447-4733     **Fax:** 515-248-9010     **Email:** christopher.kreuder@faegredrinker.com

### Defendant(s) Information

**Defendant(s):** Brodal Farms Ltd.

**Primary Contact:** Lynn Brodal

**Address:** 1031 County Rd 6, Columbus, ND 58727-9583

**Telephone:** 701-939-5371     **Fax:** 701-939-5372     **Email:** _____

### Claim Information

**Date of incident giving rise to dispute:** March 1, 2021

**Damages amount claimed:** $245,008.74

**Explanation of claim/nature of dispute:**   See enclosed letter.

_____

_____

**Contract number(s) (if applicable):** ADM Contract No. 0013984; Rayglen Contract No. GCC149581

☒ **Check Box if copy of contract is attached** (Copy of relevant contracts are to be submitted with the complaint)

**Exhibit A Page 1 of 1**

# Exhibit B



| ADM PROCESSING | PURCHASE Reprint |
|---|---|
| 1388 HIGHWAY 97 | |
| VELVA, ND 58790-9003 | |
| 701/338-2491 | |

| | |
|---|---|
| Contract Number: | 0013984 |
| Contract Location: | 752    01 |
| FIXED PRICE | Purchase |
| Contract Date: | 12/2/2020 |
| Customer: | 238914-000 |
| Inventory Loc: | 752 |
| Buyer: | Harold Henderson |

**SELLER**

BRODAL FARMS LTD
C/O LYNN BRODAL
10131 CO RD 6
COLUMBUS    ND 58727-0000
US

We Confirm Our Agreement With You Today As Follows:

| | | | | |
|---|---|---|---|---|
| Grain: | CANOLA | Transportation: | TRUCK |
| Quantity: | 1,133.99 / MT   (2,499,994/LBS) | Their Contract#: | Rayglen 149581 |
| Futures: | CAD$576.5991 / MT   @ WICE/Mar-21 | Hold Pay Until: | |
| Basis: | CAD($50.00) / MT | Service Fee: | $0.0000 |
| Price: | USD$407.851 / MT   ($18.50/CWT) | Specialty Premium: | $0.0000 |
| Date Priced: | 02-Dec-2020 | Begin Delivery: | 01-Feb-2021 |
| Origin: | Columbus North Dakota | End Delivery: | 28-Feb-2021 |
| Destination: | Velva, ADM Processing North Dakot | Grades to Govern: | Destination |
| Payment Terms: | | Weight to Govern: | Destination |
| Delivery Terms: | FREE ON BOARD- DOMESTIC | | |

**REMARKS AND SPECIAL TERMS**

ADM option to accept off grade seed-ADM schedule of discounts to apply at delivery (time of unload).
Official grain inspection grades to govern-samples dumped @ 7 days.
A penalty will be charged for late delivery at replacement value.
Price & quantity based on net clean seed - all dockage deductible.
*** US Canola seed grown in the United States ***
Please return a signed copy by mail or fax 1-701-338-2128.
Canadian toll free #800-232-1487 u.s. toll free #800-548-8613.
Receipt of this contract by you is an acknowledgement of acceptance of all terms and conditions herein unless immediate notice is
sent to us advising of any errors.
Grading charged (truck $15/rail $20) check-off tax (0.04/cwt) & indemnity fund charged to seller account.

PAYMENT WITHIN 10 DAYS OF CONTRACT FULFILLMENT OR AS INSTRUCTED BY VENDOR.
bought 50,000bu at 18.50 FOB Columbus, Freight: 0.80/cwt
Rayglen Commodities Inc

| Accepted By Customer | Date | Harold Henderson | Date |
|---|---|---|---|

Purchase Contract: 0013984    PLEASE SIGN AND RETURN ONE COPY

Page: 1/2

admagrisdata/120/752/GRN-CONTRACT FORM$-UF—25500-S

**Exhibit B Page 1 of 2**

Brodal Farms 000006

Purchase Contract: 0013984    Archer-Daniels-Midland Company and its Subsidiaries ("ADM")    Page: 2/2
Terms and Conditions of Purchase (Origination)

TERMS AND CONDITIONS OF CONTRACT: THESE TERMS AND CONDITIONS OF PURCHASE ("AGREEMENT") INCLUDE ALL DOCUMENTS AND EXHIBITS ATTACHED HERETO AND ALL OTHER TERMS INCORPORATED BY REFERENCE HEREIN. IF NO OBJECTION IS MADE IMMEDIATELY, THIS AGREEMENT SHALL CONSTITUTE THE FINAL, COMPLETE AND EXCLUSIVE STATEMENT OF THIS CONTRACT AND MAY NOT BE MODIFIED (OR RESCINDED EXCEPT BY WRITTEN AMENDMENT SIGNED BY ADM. ADM HEREBY EXPRESSLY OBJECTS TO AND REJECTS ALL TERMS AND CONDITIONS IN SELLER'S CONFIRMATION OR OTHER WRITING, OR WHATEVER KIND, INCONSISTENT WITH OR IN ADDITION TO THE TERMS AND CONDITIONS OF THIS AGREEMENT.

WARRANTIES: SELLER REPRESENTS AND WARRANTS TO ADM THAT (A) IT IS A MERCHANT AS THAT TERM IS DEFINED BY THE UNIFORM COMMERCIAL CODE; (B) THE GOODS CONFORM TO THE SPECIFICATIONS PRESCRIBED BY ADM; (C) THE GOODS ARE NOT ADULTERATED OR MISBRANDED WITHIN THE MEANING OF THE FEDERAL FOOD, DRUG AND COSMETIC ACT, AS AMENDED, OR INCLUDE ANY ARTICLE OR COMMODITY WHICH MAY NOT, UNDER THE PROVISIONS OF SUCH ACT, BE INTRODUCED INTO INTERSTATE COMMERCE; (D) THE GOODS ARE FIT FOR SALE, AND DO NOT CONTAIN TRANSGENIC EVENTS NOT APPROVED FOR USE OR SALE, IN THE U.S., CANADA, CHINA, SOUTH KOREA, THE EUROPEAN UNION, JAPAN AND MEXICO, (E) THE GOODS ARE FREE FROM ANY PEANUT, PEANUT PRODUCT, PEANUT RESIDUE, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), TREE NUT PRODUCT, OR TREE NUT RESIDUE; (F) THE GOODS ARE U.S. SEEDS THAT WERE ENTIRELY GROWN IN THE CONTINENTAL U.S.; (G) IF THE GOODS ARE CANOLA SEED, THEY ARE LOW EROTIC ACID CANOLA SEED ONLY; AND (H) THE GOODS ARE AND WILL REMAIN FREE AND CLEAR OF ANY PENALTY, LIEN, CHARGE, QUOTA REGULATION OR ENCUMBRANCE, GOVERNMENTAL OR OTHERWISE, OF ANY NATURE WHATSOEVER AT THE TIME OF SALE TO ADM. WITHOUT LIMITING THE FOREGOING, SELLER WARRANTS THAT THE GOODS MEET THE MINIMUM STANDARDS PRESCRIBED BY THE U.S. FDA, INCLUDING A MAXIMUM AFLATOXIN LEVEL OF 20 PPB (UNLESS A DIFFERENT LEVEL IS OTHERWISE SPECIFIED HEREIN) AND THAT ALL GOODS HAVE BEEN FREE AT ALL TIMES OF ANY OTHER CONTAMINATION. FURTHERMORE, SELLER WARRANTS THAT THE GOODS WILL NOT POSE ANY FOOD SAFETY OR QUARANTINE RISK TO ADM AND THAT THE GOODS HAVE NOT BEEN SHIPPED FROM ANY AREA QUARANTINED BY THE U.S. DEPARTMENT OF AGRICULTURE – ANIMAL AND PLANT HEALTH INSPECTION SERVICE ("APHIS").

OFF-GRADE GOODS: ADM, IN ITS SOLE DISCRETION, MAY DECIDE WHETHER TO REJECT OR ACCEPT OFF-GRADE GOODS AGAINST THIS AGREEMENT BUT IF ADM ACCEPTS OFF-GRADE GOODS, THE ADM DISCOUNT SCHEDULE IN EFFECT AT THE TIME OF UNLOAD SHALL APPLY TO THE PRICE PAID HEREUNDER FOR ANY SUCH OFF-GRADE GOODS AND ADM SHALL HAVE NO OBLIGATION TO FIRST NOTIFY SELLER. TO THE EXTENT ALL OR ANY PORTION OF THE GOODS, REGARDLESS OF GRADE, IS TAGGED, SEIZED, CONDEMNED OR DECLARED UNFIT BY ANY REGULATORY AGENCY, IT SHALL BE AUTOMATICALLY REJECTED, NOT A PART OF THIS AGREEMENT, AND OWNERSHIP OF SUCH GOODS SHALL REMAIN WITH SELLER.

CARRIER CERTIFICATION: AT THE TIME OF DELIVERY, ADM MAY REQUIRE THAT AN ADM-PROVIDED FORM ENTITLED "CARRIER CERTIFICATION AND PRIOR LOAD VERIFICATION" BE COMPLETED AND SUBMITTED TO ADM PRIOR TO ADM'S ACCEPTANCE OF THE GOODS. THIS CERTIFICATION WILL REQUIRE THAT THE CARRIER CERTIFY THAT: A) ANY TRUCK, RAILCAR, BARGE, OR ANY OTHER MODE OF CONVEYANCE USED FOR TRANSPORTING THE GOODS WAS CLEAN OF ALL PREVIOUS RESIDUE; AND B) THE TRUCK, RAILCAR, OR BARGE OR OTHER MODE OF CONVEYANCE MUST NOT HAVE HAULED PEANUTS, PEANUT PRODUCTS, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), OR TREE NUT PRODUCTS IN THE LOAD IMMEDIATELY PRIOR TO HAULING THE GOODS.

RISK OF LOSS/TRANSFER OF TITLE: UNLESS OTHERWISE SPECIFIED BY ADM, THE GOODS SHALL BE DELIVERED F.O.B. DESTINATION AND ANY FREIGHT CHARGE INCREASES OR SURCHARGES WILL BE PAID BY SELLER. ADM AND SELLER AGREE THAT THE PASSAGE OF TITLE AND RISK OF LOSS SHALL OCCUR UPON ACCEPTANCE OF THE GOODS BY ADM AT THE DESTINATION. IF THE SETTLEMENT PRICE FOR THE GOODS IS NOT ESTABLISHED AT THE TIME OF DELIVERY, ADM IS NOT REQUIRED TO CARRY BOND ON THE GOODS FOR THE BENEFIT OF SELLER, AND IN CASE OF INSOLVENCY, PAYMENT FOR THE GOODS BECOMES A COMMON CLAIM AGAINST ADM.

ORDER FULFILLMENT: IF MORE THAN ONE CONTRACT IS OPEN, SHIPMENTS ARE TO BE APPLIED ON CONTRACTS IN ORDER OF EACH CONTRACT'S DELIVERY DATE BEGINNING WITH THE OLDEST CONTRACT. IT IS UNDERSTOOD THAT THIS AGREEMENT IS NOT COMPLETED UNTIL ALL SHIPMENTS ARE RECEIVED, GRADED, WEIGHED AND UNLOADED AT DESTINATION. ADM MAY DESIGNATE ANY REASONABLE ALTERNATE DELIVERY POINT IF NECESSARY TO EXPEDITE SELLER'S PERFORMANCE OF THIS AGREEMENT, BUT ADM SHALL HAVE NO OBLIGATION TO DO SO.

LATE DELIVERY: SELLER IS RESPONSIBLE TO DELIVER THE QUANTITY AND QUALITY OF GOODS CONTRACTED FOR HEREUNDER WITHIN THE DELIVERY PERIOD SPECIFIED HEREUNDER. FAILURE TO DELIVER WITHIN THE DELIVERY PERIOD IS A DEFAULT UNDER THIS AGREEMENT. WITH RESPECT TO SELLER'S OBLIGATIONS UNDER THIS CONTRACT, TIME IS OF THE ESSENCE.

SELLER DEFAULT; ADM'S REMEDIES: THE OCCURRENCE OF ANY OF THE FOLLOWING EVENTS SHALL CONSTITUTE A DEFAULT BY SELLER AND A BREACH OF THE ENTIRE AGREEMENT BETWEEN THE PARTIES: (A) FAILURE BY SELLER TO PERFORM ANY OF ITS OBLIGATIONS SPECIFIED IN THIS AGREEMENT; (B) SELLER GENERALLY NOT BEING ABLE TO PAY ITS DEBTS AS THEY BECOME DUE, SELLER ADMITTING IN WRITING ITS INABILITY TO PAY ITS DEBTS, SELLER MAKING AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS, OR THE COMMENCEMENT OF ANY CASE, PROCEEDING, OR OTHER ACTION SEEKING TO HAVE AN ORDER FOR RELIEF ENTERED ON ITS BEHALF OR AGAINST IT AS DEBTOR OR TO ADJUDICATE IT BANKRUPT OR INSOLVENT, OR SEEKING REORGANIZATION, ARRANGEMENT, ADJUSTMENT, LIQUIDATION, DISSOLUTION OR COMPOSITION OF IT OR ITS DEBTS UNDER ANY LAW RELATING TO BANKRUPTCY, INSOLVENCY, REORGANIZATION; (C) SELLER'S FINANCIAL CONDITION IS FOUND TO BE OR BECOMES UNSATISFACTORY IN ADM'S REASONABLE OPINION; AND (D) THE ISSUANCE OF EXECUTION PROCESS AGAINST ANY PROPERTY OF SELLER OR ANY CONFIRMATION, LEVY, FORFEITURE, OR SIMILAR ACTION AGAINST THE GOODS OR ANY PORTION THEREOF. IN THE EVENT OF A DEFAULT, ADM, AT ITS OPTION MAY: (1) TERMINATE THIS AGREEMENT WITHOUT FURTHER OBLIGATION; (2) PURCHASE A SUBSTITUTION FOR THE GOODS OR THE OPEN MARKET FOR SELLER'S ACCOUNT, AND SELLER WILL PAY ADM ANY LOSS AND INCIDENTAL EXPENSES RESULTING THEREFROM; (3) REQUIRE SELLER TO PAY THE DIFFERENCE BETWEEN THE AGREEMENT PRICE AND THE MARKET PRICE ON THE DATE OF TERMINATION; AND/OR (4) TERMINATE ANY OR ALL OTHER CONTRACTS IN EXISTENCE BETWEEN ADM AND SELLER WHETHER OR NOT SELLER MAY OTHERWISE BE IN DEFAULT THEREUNDER. NOTWITHSTANDING THE FOREGOING, ADM MAY PURSUE ANY REMEDY ALLOWED BY LAW, AND ADM WILL BE ENTITLED TO COLLECT FROM SELLER REASONABLE ATTORNEY'S FEES AND COSTS INCURRED BY ADM IN CONNECTION WITH ENFORCEMENT OF THIS AGREEMENT.

ADM ADVANCE OF FUNDS: IF THERE ARE ADVANCED GOODS SUBJECT TO THIS AGREEMENT AND ADM ADVANCES FUNDS TO SELLER PRIOR TO FINAL PRICING, THEN ADM SHALL HAVE THE RIGHT, IN THE EVENT THE MARKET DECLINES, TO REQUIRE SELLER TO REFUND A PORTION OF THE AMOUNT ADM HAS SO ADVANCED. THE REFUNDED AMOUNT WILL BE EQUAL TO THE DECLINE IN THE MARKET (THE DIFFERENCE BETWEEN THE THEN CURRENT MARKET PRICE AND THE MARKET PRICE OF THE GOODS ON THE DATE ADM ADVANCED FUNDS TO SELLER), IN ORDER TO MAINTAIN THE MARGIN TO THE MARKET AS AGREED UPON IN THIS AGREEMENT. WITHOUT PREJUDICE TO OTHER LEGAL REMEDIES, ADM MAY TREAT SELLER'S FAILURE TO REFUND THE FULL AMOUNT SO REQUESTED WITHIN 48 HOURS AFTER SUCH DEMAND AS A DEFAULT UNDER THIS AGREEMENT AND PURSUE ADM'S LEGAL AND EQUITABLE REMEDIES.

FORCE MAJEURE: ADM SHALL NOT BE LIABLE FOR DELAY IN ADM'S PERFORMANCE OR FAILURE WHEN SUCH DELAY OR FAILURE IS DUE TO UNFORESEEN CAUSES BEYOND ITS CONTROL AND WITHOUT ITS FAULT OR NEGLIGENCE, INCLUDING BUT NOT LIMITED TO ACTS OF GOD, FIRE, ACTS OF PUBLIC ENEMY, GOVERNMENTAL ACTION, FIRES, FLOODS, EARTHQUAKES, EPIDEMICS, QUARANTINE RESTRICTION, LABOR DIFFICULTIES, FREIGHT EMBARGOES, PLANT BREAKDOWNS, TRANSPORTATION SHORTAGES OR UNUSUALLY SEVERE WEATHER. ADM SHALL NOT BE REQUIRED TO PAY FOR OR TO ACCEPT SELLER'S APPLICATION OF OR TITLE TO ANY GOODS FOR SO LONG AS ADM IS DELAYED IN PERFORMANCE AS A RESULT OF ONE OR MORE OF THE EVENTS DESCRIBED IN THE PRECEDING SENTENCE.

PRICE; VOLATILITY: UNLESS OTHERWISE STATED, THE PRICES SET FORTH ON THIS AGREEMENT ARE IN U.S. DOLLARS. FOR THE AVOIDANCE OF DOUBT, ADM AND SELLER RECOGNIZE THAT THE MARKET PRICE WHEN DELIVERY IS REQUIRED UNDER THIS AGREEMENT MAY DIFFER SUBSTANTIALLY FROM THE AGREEMENT PRICE, AND EACH PARTY AGREES NOT TO ASSERT SUCH A DIFFERENCE AS AN EXCUSE FOR NON-PERFORMANCE HEREUNDER OR AS A DEFENSE FOR DAMAGES FOR FAILURE TO PERFORM IN WHOLE OR IN PART.

INDEMNITY: SELLER AGREES TO RELEASE, DEFEND, INDEMNIFY AND HOLD ADM HARMLESS FROM AND AGAINST ALL LIABILITIES, COSTS, EXPENSES, CLAIMS OR DEMANDS WHETHER ARISING IN TORT, CONTRACT, OR OTHERWISE FOR INJURIES OR DAMAGES TO ANY PERSON OR PROPERTY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT. THIS INDEMNIFICATION OBLIGATION SHALL APPLY WITHOUT REGARD TO CAUSE OR CAUSES, INCLUDING THE NEGLIGENCE OF ANY PARTY, WHETHER SUCH NEGLIGENCE BE SOLE, JOINT OR CONCURRENT, ACTIVE OR PASSIVE AND UNDER ANY THEORY OF LIABILITY, INCLUDING WITHOUT LIMITATION, THEORIES IN CONTRACT, TORT OR STRICT LIABILITY. THIS INDEMNIFICATION OBLIGATION SHALL BE SUPPORTED BY ADEQUATE LIABILITY INSURANCE COVERAGE.

NGFA RULES/ARBITRATION: EXCEPT AS OTHERWISE PROVIDED HEREIN, THIS AGREEMENT SHALL BE SUBJECT TO THE TRADE RULES OF THE NATIONAL GRAIN AND FEED ASSOCIATION ("NGFA"), WHICH ARE INCORPORATED HEREIN. THE PARTIES AGREE THAT THE SOLE REMEDY FOR RESOLUTION OF ANY AND ALL DISAGREEMENTS OR DISPUTES ARISING UNDER OR RELATED TO THIS AGREEMENT SHALL BE THROUGH ARBITRATION PROCEEDINGS BEFORE THE NGFA PURSUANT TO THE NGFA ARBITRATION RULES. IN THE EVENT OF A CONFLICT BETWEEN THE NGFA TRADE RULES AND THIS AGREEMENT, THIS AGREEMENT SHALL CONTROL. THE DECISION AND AWARD DETERMINED THROUGH SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON EACH PARTY.

MISCELLANEOUS: ADM'S FAILURE TO INSIST ON FULL PERFORMANCE OF ANY ITEM OR CONDITION OF THIS AGREEMENT OR ADM'S WAIVER OF ANY BREACH HEREUNDER SHALL NOT BE CONSIDERED WAIVER OF THAT TERM OR CONDITION IN THE FUTURE OR ANY OTHER TERMS, CONDITIONS OR RIGHTS OF ADM UNDER THIS AGREEMENT. SELLER SHALL NOT ASSIGN THIS AGREEMENT OR ANY RIGHT OR INTEREST HEREIN, NOR MAY SELLER DELEGATE ANY DUTY OR OBLIGATION HEREUNDER, WITHOUT THE EXPRESS WRITTEN CONSENT OF ADM. ANY ASSIGNMENT OR DELEGATION IN VIOLATION OF THE FOREGOING SENTENCE SHALL BE NULL AND VOID. THE INVALIDITY OR UNENFORCEABILITY OF ANY PARTICULAR PROVISIONS OF THIS AGREEMENT SHALL NOT AFFECT THE REMAINING PROVISIONS THEREOF, AND THIS AGREEMENT SHALL BE CONSTRUED IN ALL RESPECTS AS IF SUCH INVALID OR UNENFORCEABLE PROVISION HAD BEEN OMITTED. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED FOR HEREIN, THE PROVISIONS OF THIS AGREEMENT ARE FOR THE BENEFIT OF THE PARTIES HERETO AND NOT FOR ANY PERSON OR ENTITY. IT IS AGREED THAT THIS CONTRACT WILL BE BINDING UPON THE HEIRS, ADMINISTRATORS, AND EXECUTORS OF THE RESPECTIVE PARTIES.

**Exhibit B Page 2 of 2**

# Exhibit C

Brodal Farms 000008



# ADM Agri -Industries Ltd.

## Velva

# Canola Purchase Confirmation

**We confirm purchase from you today:**

**Date:** Dec 02, 2020    **Contract #:**

**Rayglen Contract #:** GCC149581

**Rayglen Trucking Contract #:**

| Seller: | Brodal Farms Ltd. | Phone: | 1-701-939-5371 | |
|---|---|---|---|---|
| | 10131 County Rd 6 | Fax: | 1-701-939-5372 | new fax |
| | Columbus, ND 58727 | Cell: | 1-701-705-5371 | new cell |
| CWB ID#: | | 2nd Phone: | 1-701-939-5372 | sisters |

[ X ] Fixed Price    [ ] Basis   [ ] Input    [ ] Minimum Price   [ ] Delayed Pricing

**Estimated Quality:**    #1 Canada

**Quantity:**    1133.98 Net MT

| | | | |
|---|---|---|---|
| Futures: | $0.00 /mt | Month: | March |
| Basis: | $(0.00) /mt | | |
| Freight | $(0.00) /mt | | |
| Net Price: | **$407.88 /mt** US | | |

**Delivery Period:**    Monday, February 01, 2021 - Sunday, February 28, 2021

**Freight:**    [ X ] FOB at Columbus, ND

**Payment Terms:**    Cheque mailed upon contract completion.

**Contract Remarks:**

Payment splits must be disclosed immediately to ADM and contracts must be written accurately at time of booking. Settlement determined by unload weights, grade & dockage. In the event of a grade or dockage dispute the seller shall submit a sample to the state lab whose findings shall be final and binding. Contract booked verbally with Lynn Brodal.

**Commission:**    Buyer to pay agreed upon commission. Details available upon request.

**Rayglen Merchant(s):**    Toby Torkelson (as brokers only)

**www.rayglen.com**    Rayglen Commodities Inc, #1 3815 Thatcher Ave, Saskatoon, SK S7R 1A3 1-800-729-

Producer's Signature:_____    Date:_____

## PLEASE SIGN AND RE-FAX WITHIN 24 HRS to (306) 931-6739

**Exhibit C Page 1 of 1**

Brodal Farms 000009

# Exhibit D



**ADM PROCESSING**
1388 HIGHWAY 97
VELVA, ND 58790-9003
701/338-2491

**PURCHASE Reprint**

| | |
|---|---|
| Contract Number: | 0012576 |
| Contract Location: | 752        01 |
| FIXED PRICE | Purchase |
| Contract Date: | 7/30/2020 |
| Customer: | 238914-000 |
| Inventory Loc: | 752 |
| Buyer: | Morgan L. Hall |

**SELLER**

BRODAL FARMS LTD
C/O LYNN BRODAL
10131 COUNTY ROAD 6
COLUMBUS        ND 58727-9583
US

We Confirm Our Agreement With You Today As Follows:

| | | | |
|---|---|---|---|
| Grain: | CANOLA | Transportation: | **TRUCK** |
| Quantity: | 567.00 / MT    (1,250,008/LBS) | Their Contract#: | |
| Futures: | CAD$491.0000 / MT    @ WICE/Nov-20 | Hold Pay Until: | |
| Basis: | CAD($32.00) / MT | Service Fee: | $0.0000 |
| Price: | USD$341.72 / MT    ($15.5003/CWT) | Specialty Premium: | $0.0000 |
| Date Priced: | 30-Jul-2020 | Begin Delivery: | 30-Jul-2020 |
| Origin: | Columbus North Dakota | End Delivery: | 31-Aug-2020 |
| Destination: | Velva, ADM Processing North Dakot | Grades to Govern: | Destination |
| Payment Terms: | | Weight to Govern: | Destination |
| Delivery Terms: | DELIVERED | | |

**REMARKS AND SPECIAL TERMS**

ADM option to accept off grade seed-ADM schedule of discounts to apply at delivery (time of unload).
Official grain inspection grades to govern-samples dumped @ 7 days.
A penalty will be charged for late delivery at replacement value.
Price & quantity based on net clean seed - all dockage deductible.
*** US Canola seed grown in the United States ***
Please return a signed copy by mail or fax 1-701-338-2128.
Canadian toll free #800-232-1487 u.s. toll free #800-548-8613.
Receipt of this contract by you is an acknowledgement of acceptance of all terms and conditions herein unless immediate notice is
sent to us advising of any errors.
Grading charged (truck $15/rail $20) check-off tax (0.04/cwt) & indemnity fund charged to seller account.

PAYMENT WITHIN 10 DAYS OF CONTRACT FULFILLMENT OR AS INSTRUCTED BY VENDOR.

50,000 bu @ $15.50/cwt
split 50/50 with Alex

| | | | |
|---|---|---|---|
| Accepted By Customer | Date | Morgan L. Hall | Date |
| Purchase Contract:   0012576 | | PLEASE SIGN AND RETURN ONE COPY | Page:   1/2 |

edmagrisdata/T20/752/GRN-CONTRACT FORMS-UF—25500-S

**Exhibit D Page 1 of 12**

**Exhibit A Page 22 of 64**
Brodal Farms 000011

Purchase Contract:  0012576        Archer-Daniels-Midland Company and its Subsidiaries ("ADM")        Page:  2/2
                                    Terms and Conditions of Purchase (Origination)

**TERMS AND CONDITIONS OF CONTRACT:** THESE TERMS AND CONDITIONS OF PURCHASE ("AGREEMENT") INCLUDE ALL DOCUMENTS AND EXHIBITS ATTACHED HERETO AND ALL OTHER TERMS INCORPORATED BY REFERENCE THEREIN. IF NO OBJECTION IS MADE IMMEDIATELY, THIS AGREEMENT SHALL CONSTITUTE THE FINAL, COMPLETE AND EXCLUSIVE STATEMENT OF THIS CONTRACT AND MAY NOT BE MODIFIED OR RESCINDED EXCEPT BY WRITTEN AMENDMENT SIGNED BY ADM. ADM HEREBY EXPRESSLY OBJECTS TO AND REJECTS ALL TERMS AND CONDITIONS IN SELLER'S CONFIRMATION OR OTHER WRITING, OF WHATEVER KIND, INCONSISTENT WITH OR IN ADDITION TO THE TERMS AND CONDITIONS OF THIS AGREEMENT.

**WARRANTIES:** SELLER REPRESENTS AND WARRANTS TO ADM THAT (A) IT IS A MERCHANT AS THAT TERM IS DEFINED BY THE UNIFORM COMMERCIAL CODE; (B) THE GOODS CONFORM TO THE SPECIFICATIONS DESCRIBED BY ADM; (C) THE GOODS ARE NOT ADULTERATED OR MISBRANDED WITHIN THE MEANING OF THE FEDERAL FOOD, DRUG AND COSMETIC ACT, AS AMENDED, OR INCLUDE ANY ARTICLE OR COMMODITY WHICH MAY NOT, UNDER THE PROVISIONS OF SUCH ACT, BE INTRODUCED INTO INTERSTATE COMMERCE; (D) THE GOODS ARE FIT FOR SALE, AND DO NOT CONTAIN TRANSGENIC EVENTS NOT APPROVED FOR USE OR SALE, IN THE U.S., CANADA, CHINA, SOUTH KOREA, THE EUROPEAN UNION, JAPAN AND MEXICO, (E) THE GOODS ARE FREE FROM ANY PEANUT, PEANUT PRODUCT, PEANUT RESIDUE, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), TREE NUT PRODUCT, OR TREE NUT RESIDUE; (F) THE GOODS ARE U.S. SEEDS THAT WERE ENTIRELY GROWN IN THE CONTINENTAL U.S.; (G) IF THE GOODS ARE CANOLA SEED, THEY ARE LOW ERUCIC ACID CANOLA SEED ONLY; AND (H) THE GOODS ARE AND WILL REMAIN FREE AND CLEAN OF ANY PENALTY, LIEN, CHARGE, QUOTA RESTRICTION OR ENCUMBRANCE, GOVERNMENTAL OR OTHERWISE, OF ANY NATURE WHATSOEVER AT THE TIME OF SALE TO ADM. WITHOUT LIMITING THE FOREGOING, SELLER WARRANTS THAT THE GOODS MEET THE MINIMUM STANDARDS PRESCRIBED BY THE U.S. FDA, INCLUDING A MAXIMUM AFLATOXIN LEVEL OF 20 PPB (UNLESS A DIFFERENT LEVEL IS OTHERWISE SPECIFIED HEREIN) AND THAT ALL GOODS HAVE BEEN FREE AT ALL TIMES OF ANY OTHER CONTAMINATION. FURTHERMORE, SELLER WARRANTS THAT THE GOODS WILL NOT POSE ANY FOOD SAFETY OR GUARANTEE RISK TO ADM AND THAT THE GOODS HAVE NOT BEEN SHIPPED FROM ANY AREA QUARANTINED BY THE U.S. DEPARTMENT OF AGRICULTURE - ANIMAL AND PLANT HEALTH INSPECTION SERVICE ("APHIS").

**OFF-GRADE GOODS:** ADM, IN ITS SOLE DISCRETION, MAY DECIDE WHETHER TO REJECT OR ACCEPT OFF-GRADE GOODS AGAINST THIS AGREEMENT BUT IF ADM ACCEPTS OFF-GRADE GOODS, THE ADM DISCOUNT SCHEDULE IN EFFECT AT THE TIME OF UNLOAD SHALL APPLY TO THE PRICE PAID HEREUNDER FOR ANY SUCH OFF-GRADE GOODS AND ADM SHALL HAVE NO OBLIGATION TO FIRST NOTIFY SELLER. TO THE EXTENT ALL OR ANY PORTION OF THE GOODS, REGARDLESS OF GRADE, IS TAGGED, SEIZED, CONDEMNED OR DECLARED UNFIT BY ANY REGULATORY AGENCY, IT SHALL BE AUTOMATICALLY REJECTED, NOT A PART OF THIS AGREEMENT, AND OWNERSHIP OF SUCH GOODS SHALL REMAIN WITH SELLER.

**CARRIER CERTIFICATION:** AT THE TIME OF DELIVERY, ADM MAY REQUIRE THAT AN ADM-PROVIDED FORM ENTITLED "CARRIER CERTIFICATION AND PRIOR LOAD VERIFICATION" BE COMPLETED AND SUBMITTED TO ADM PRIOR TO ADM'S ACCEPTANCE OF THE GOODS. THIS CERTIFICATION WILL REQUIRE THAT THE CARRIER CERTIFY THAT: A) ANY TRUCK, RAILCAR, BARGE, OR ANY OTHER MODE OF CONVEYANCE USED FOR TRANSPORTING THE GOODS WAS CLEAN OF ALL PREVIOUS RESIDUE; AND B) THE TRUCK, RAILCAR, OR BARGE OR OTHER MODE OF CONVEYANCE MUST NOT HAVE HAULED PEANUTS, PEANUT PRODUCTS, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), OR TREE NUT PRODUCTS IN THE LOAD IMMEDIATELY PRIOR TO HOLDING THE GOODS.

**RISK OF LOSS/TRANSFER OF TITLE:** UNLESS OTHERWISE SPECIFIED BY ADM, THE GOODS SHALL BE DELIVERED F.O.B. DESTINATION AND ANY FREIGHT CHARGE INCREASES OR SURCHARGES WILL BE PAID BY SELLER. ADM AND SELLER AGREE THAT THE PASSAGE OF TITLE AND RISK OF LOSS SHALL OCCUR UPON ACCEPTANCE OF THE GOODS BY ADM AT THE DESTINATION. IF THE SETTLEMENT PRICE FOR THE GOODS IS NOT ESTABLISHED AT OR PRIOR TO DELIVERY, ADM IS NOT REQUIRED TO CARRY BOND ON THE GOODS FOR THE BENEFIT OF SELLER, AND IN CASE OF INSOLVENCY, PAYMENT FOR THE GRAIN BECOMES A COMMON CLAIM AGAINST ADM.

**ORDER FULFILLMENT:** IF MORE THAN ONE CONTRACT IS OPEN, SHIPMENTS MAY BE APPLIED ON CONTRACTS IN ORDER OF EACH CONTRACT'S DELIVERY DATE BEGINNING WITH THE OLDEST CONTRACT. IF IS UNDERSTOOD THAT THIS AGREEMENT IS NOT COMPLETED UNTIL ALL SHIPMENTS ARE RECEIVED, GRADED, WEIGHED AND UNLOADED AT DESTINATION. ADM MAY DESIGNATE ANY REASONABLE ALTERNATE DELIVERY POINT IF NECESSARY TO EXPEDITE SELLER'S PERFORMANCE OF THIS AGREEMENT, BUT ADM SHALL HAVE NO OBLIGATION TO DO SO.

**LATE DELIVERY:** SELLER IS RESPONSIBLE TO DELIVER THE QUANTITY AND QUALITY OF GOODS CONTRACTED FOR HEREUNDER WITHIN THE DELIVERY PERIOD SPECIFIED HEREUNDER. FAILURE TO DELIVER WITHIN THE DELIVERY PERIOD IS A DEFAULT UNDER THIS AGREEMENT. WITH RESPECT TO SELLER'S OBLIGATIONS UNDER THIS CONTRACT, TIME IS OF THE ESSENCE.

**SELLER DEFAULT; ADM'S REMEDIES:** THE OCCURRENCE OF ANY OF THE FOLLOWING EVENTS SHALL CONSTITUTE A DEFAULT BY SELLER AND A BREACH OF THE ENTIRE AGREEMENT BETWEEN THE PARTIES: (A) FAILURE BY SELLER TO PERFORM ANY OF ITS OBLIGATIONS SPECIFIED IN THIS AGREEMENT; (B) SELLER GENERALLY NOT BEING ABLE TO PAY ITS DEBTS AS THEY BECOME DUE, SELLER ADMITTING IN WRITING ITS INABILITY TO PAY ITS DEBTS, SELLER MAKING AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS, OR THE COMMENCEMENT OF ANY CASE, PROCEEDING, OR OTHER ACTION SEEKING TO HAVE AN ORDER FOR RELIEF ENTERED ON ITS BEHALF OR AGAINST IT AS DEBTOR OR TO ADJUDICATE IT BANKRUPT OR INSOLVENT, OR SEEKING REORGANIZATION, ARRANGEMENT, ADJUSTMENT, LIQUIDATION, DISSOLUTION OR COMPOSITION OF IT OR ITS DEBTS UNDER ANY LAW RELATING TO BANKRUPTCY, INSOLVENCY, REORGANIZATION; (C) SELLER'S FINANCIAL CONDITION IS FOUND TO BE OR BECOMES UNSATISFACTORY IN ADM'S REASONABLE OPINION; AND (D) THE ISSUANCE OF EXECUTION PROCESS AGAINST ANY PROPERTY OF SELLER OR ANY CORPORATION, LEVY, FORFEITURE, OR SIMILAR ACTION AGAINST THE GOODS OR ANY PORTION THEREOF. IN THE EVENT OF A DEFAULT, ADM, AT ITS OPTION MAY: (1) TERMINATE THIS AGREEMENT WITHOUT FURTHER OBLIGATION; (2) PURCHASE A SUBSTITUTION FOR THE GOODS ON THE OPEN MARKET FOR SELLER'S ACCOUNT, AND SELLER WILL PAY ADM ANY LOSS AND INCIDENTAL EXPENSES RESULTING THEREFROM; (3) REQUIRE SELLER TO PAY THE DIFFERENCE BETWEEN THE AGREEMENT PRICE AND THE MARKET PRICE ON THE DATE OF TERMINATION; AND/OR (4) TERMINATE ANY OR ALL OTHER CONTRACTS IN EXISTENCE BETWEEN ADM AND SELLER WHETHER OR NOT SELLER MAY OTHERWISE BE IN DEFAULT THEREUNDER. NOTWITHSTANDING THE FOREGOING, ADM MAY PURSUE ANY REMEDY ALLOWED BY LAW, AND ADM WILL BE ENTITLED TO COLLECT FROM SELLER REASONABLE ATTORNEY'S FEES AND COSTS INCURRED BY ADM IN CONNECTION WITH ENFORCEMENT OF THIS AGREEMENT.

**ADM ADVANCE OF FUNDS:** IF THERE ARE UNPRICED GOODS SUBJECT TO THIS AGREEMENT AND ADM ADVANCES FUNDS TO SELLER PRIOR TO FINAL PRICING, THEN ADM SHALL HAVE THE RIGHT, IN THE EVENT THE MARKET DECLINES, TO REQUIRE SELLER TO REFUND A PORTION OF THE AMOUNT ADM HAD SO ADVANCED. THE REQUIRED AMOUNT WILL BE EQUAL TO THE DECLINE IN THE MARKET (THE DIFFERENCE BETWEEN THE THEN CURRENT MARKET PRICE AND THE MARKET PRICE OF THE GOODS ON THE DATE ADM ADVANCED FUNDS TO SELLER), IN ORDER TO MAINTAIN THE MARGIN TO THE MARKET AS AGREED UPON IN THIS AGREEMENT. WITHOUT PREJUDICE TO OTHER LEGAL REMEDIES, ADM MAY TREAT SELLER'S FAILURE TO REFUND THE FULL AMOUNT SO REQUESTED WITHIN 48 HOURS AFTER SUCH DEMAND AS A DEFAULT UNDER THIS AGREEMENT AND PURSUE ADM'S LEGAL AND EQUITABLE REMEDIES.

**FORCE MAJEURE:** ADM SHALL NOT BE LIABLE OR SHALL IN ADM'S PERFORMANCE OR FAILURE WHEN SUCH DELAY OR FAILURE IS DUE TO UNFORESEEN CAUSES BEYOND ITS CONTROL AND WITHOUT ITS FAULT OR NEGLIGENCE, INCLUDING BUT NOT LIMITED TO ACTS OF GOD, ACTS OF PUBLIC ENEMY, GOVERNMENTAL ACTION, FIRES, FLOODS, EARTHQUAKES, EPIDEMICS, QUARANTINE RESTRICTION, LABOR DIFFICULTIES, FREIGHT EMBARGOES, PLANT BREAKDOWNS, TRANSPORTATION SHORTAGES OR UNUSUALLY SEVERE WEATHER. ADM SHALL NOT BE REQUIRED TO PAY MORE OR TO ACCEPT SELLER'S APPLICATION OF OR TITLE TO ANY GOODS FOR SO LONG AS ADM IS DELAYED IN PERFORMANCE AS A RESULT OF ONE OR MORE OF THE EVENTS DESCRIBED IN THE PRECEDING SENTENCE.

**PRICE; VOLATILITY:** UNLESS OTHERWISE STATED, THE PRICES SET FORTH ON THIS AGREEMENT ARE IN U.S. DOLLARS. FOR THE AVOIDANCE OF DOUBT, ADM AND SELLER RECOGNIZE THAT THE MARKET PRICE WHEN DELIVERY IS REQUIRED UNDER THIS AGREEMENT MAY DIFFER SUBSTANTIALLY FROM THE AGREEMENT PRICE, AND EACH PARTY AGREES NOT TO ASSERT SUCH A DIFFERENCE AS AN EXCUSE FOR NON-PERFORMANCE HEREUNDER OR AS A DEFENSE FOR DAMAGES FOR FAILURE TO PERFORM IN WHOLE OR IN PART.

**INDEMNITY:** SELLER AGREES TO RELEASE, DEFEND, INDEMNIFY AND HOLD ADM HARMLESS FROM AND AGAINST ALL LIABILITIES, COSTS, EXPENSES, CLAIMS OR DEMANDS WHETHER ARISING IN TORT, CONTRACT, OR OTHERWISE FOR INJURIES OR DAMAGES TO ANY PERSON OR PROPERTY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT. THIS INDEMNIFICATION OBLIGATION SHALL APPLY WITHOUT REGARD TO CAUSE OR CAUSES, INCLUDING WITHOUT LIMITATION, THE NEGLIGENCE OF ANY PARTY, WHETHER SUCH NEGLIGENCE BE SOLE, JOINT OR CONCURRENT, ACTIVE OR PASSIVE AND UNDER ANY THEORY OF LIABILITY, INCLUDING WITHOUT LIMITATION, THEORIES IN CONTRACT, TORT OR STRICT LIABILITY. THIS INDEMNIFICATION OBLIGATION SHALL BE SUPPORTED BY ADEQUATE LIABILITY INSURANCE COVERAGE.

**NGFA RULES/ARBITRATION:** EXCEPT AS OTHERWISE PROVIDED HEREIN, THIS AGREEMENT SHALL BE SUBJECT TO THE TRADE RULES OF THE NATIONAL GRAIN AND FEED ASSOCIATION ("NGFA"), WHICH ARE INCORPORATED HEREIN. THE PARTIES AGREE THAT THE SOLE REMEDY FOR RESOLUTION OF ANY AND ALL DISAGREEMENTS OR DISPUTES ARISING UNDER OR RELATED TO THIS AGREEMENT SHALL BE THROUGH ARBITRATION PROCEEDINGS BEFORE THE NGFA PURSUANT TO THE NGFA ARBITRATION RULES. IN THE EVENT OF A CONFLICT BETWEEN THE NGFA TRADE RULES AND THIS AGREEMENT, THIS AGREEMENT SHALL CONTROL. THE DECISION AND AWARD DETERMINED THROUGH SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON EACH PARTY.

**MISCELLANEOUS:** ADM'S FAILURE TO INSIST ON FULL PERFORMANCE OF ANY ITEM OR CONDITION OF THIS AGREEMENT OR ADM'S WAIVER OF ANY BREACH HEREUNDER SHALL NOT BE CONSIDERED WAIVER OF THAT TERM OR CONDITION IN THE FUTURE OR ANY OTHER TERMS, CONDITIONS OR RIGHTS OF ADM UNDER THIS AGREEMENT. SELLER SHALL NOT ASSIGN THIS AGREEMENT OR ANY RIGHT OR INTEREST HEREIN, NOR MAY SELLER DELEGATE ANY DUTY OR OBLIGATION HEREUNDER, WITHOUT THE EXPRESS WRITTEN CONSENT OF ADM. ANY ASSIGNMENT OR DELEGATION IN VIOLATION OF THE PRECEDING SENTENCE SHALL BE NULL AND VOID. THE INVALIDITY OR UNENFORCEABILITY OF ANY PARTICULAR PROVISIONS OF THIS AGREEMENT SHALL NOT AFFECT THE REMAINING PROVISIONS THEREOF, AND THIS AGREEMENT SHALL BE CONSTRUED IN ALL RESPECTS AS IF SUCH INVALID OR UNENFORCEABLE PROVISION HAD BEEN OMITTED. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED FOR HEREIN, THE PROVISIONS OF THIS AGREEMENT ARE FOR THE BENEFIT OF THE PARTIES HERETO AND NOT FOR ANY PERSON OR ENTITY. IT IS AGREED THAT THIS CONTRACT WILL BE BINDING UPON THE HEIRS, ADMINISTRATORS, AND EXECUTORS OF THE RESPECTIVE PARTIES.

**Exhibit D Page 2 of 12**

Brodal Farms 000012

REPORT-ID=35230-30,DDNAME=IMAGES,MEMBER=??????,TYPE=PDF,SECTION=??752-238914-027520-20200806

**ADM PROCESSING**
1388 HIGHWAY 97
VELVA, ND 58790-9003
701/338-2491

| | |
|---|---|
| Settlement Number: | 027520-P |
| REPRINT | PURCHASE |
| Settlement Date: | 08/06/2020 |
| Customer: | 238914-000 |
| Location: | 752 |

Customer: BRODAL FARMS LTD
C/O LYNN BRODAL
10131 COUNTY ROAD 6
COLUMBUS ND 58727-9583
US

CANOLA

Page 1 of 5
Settlement Currency in US Dollar

| Ticket TW | Date MO | Gross MT TD | HD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI | EL | Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**0495150-01** 8/3/2020   26.08   0.63   25.45   89060   31560   57500           0012576-01   341.72000   $8,696.77

| 51.00 | 8.20 | 0.60 | 0.00 | 0.60 | .2 | 0 | 2.4 | 0 | 0 | 0 | 42.1 |
| c | % | c | | $ | $ | | -2.4%M | | | | % |

-15$

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD          040691-01          Elev Ticket #
Entry Number:                                   Hauler:NAME ID NUMBER NOT FOUND

ORIGIN:   COLUMBUS, ND

Shipment ID  AI7520495150-20-8
Vehicle ID: AD01071405

GRAIN ASSESSMENT          -$22.44

====================
TOTAL PER TICKET          8674.33

**0495151-01** 8/3/2020   27.13   0.52   26.61   91740   31920   59820           0012576-01   341.72000   $9,093.17

| 51.00 | 8.10 | 0.60 | 0.00 | 0.40 | .2 | 0 | 1.9 | 0 | 0 | 0 | 41.6 |
| c | % | c | | $ | $ | | -1.9%M | | | | % |

-15$

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD          040691-02          Elev Ticket #
Entry Number:                                   Hauler:NAME ID NUMBER NOT FOUND

ORIGIN:   COLUMBUS, ND

Shipment ID  AI7520495151-20-8
Vehicle ID: AD01071404

GRAIN ASSESSMENT          -$23.46

====================
TOTAL PER TICKET          9059.71

**0495194-01** 8/3/2020   28.31   0.54   27.77   94420   32000   62420           0012576-01   341.72000   $9,489.56

| 51.00 | 8.10 | 0.80 | 0.00 | 0.60 | .2 | 0 | 1.9 | 0 | 0 | 0 | 41.8 |
| c | % | c | | $ | $ | | -1.9%M | | | | % |

-15$

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD          040691-03          Elev Ticket #
Entry Number:                                   Hauler:NAME ID NUMBER NOT FOUND

ORIGIN:   COLUMBUS, ND

Shipment ID  AI7520495194-20-8
Vehicle ID: AD01071402

GRAIN ASSESSMENT          -$24.49

====================
TOTAL PER TICKET          9465.07

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit D Page 3 of 12**

| Ticket TW | Date MO | Gross MT TD | Adjust HD | Net MT OD | Gross CD | Tare IM | Net MN | ST | OP | Contract FC | Price WI EL | Page 2 of 5 Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 0495215-01 | 8/3/2020 | 25.30 | 0.96 | 24.34 | 87080 | 31300 | 55780 | | | 0012576-01 | 341.72000 | $8,317.46 |

| 51.00 c | 7.50 % | 0.20 c | 0.00 | 0.00 | .2 $ | 0 | 3.8 -3.8%M | 0 | 0 | 0 | 42.4 % | -15$ |

Delivery Loc   ADM PROCESSING
Sub Vendor:   BRODAL FARMS LTD
Entry Number:

040691-04
ORIGIN:   COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID   AI7520495215-20-8
Vehicle ID: AD01071405

GRAIN ASSESSMENT         -$21.46

=====================
TOTAL PER TICKET         8296

---

| 0495217-01 | 8/3/2020 | 23.69 | 0.66 | 23.03 | 83780 | 31560 | 52220 | | | 0012576-01 | 341.72000 | $7,869.81 |

| 51.00 c | 7.60 % | 0.80 c | 0.00 | 0.60 $ | .2 $ | 0 | 2.8 -2.8%M | 0 | 0 | 0 | 42 % | -15$ |

Delivery Loc   ADM PROCESSING
Sub Vendor:   BRODAL FARMS LTD
Entry Number:

040691-05
ORIGIN:   COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID   AI7520495217-20-8
Vehicle ID: AD01071404

GRAIN ASSESSMENT         -$20.31

=====================
TOTAL PER TICKET         7849.5

---

| 0495234-01 | 8/4/2020 | 28.69 | 0.77 | 27.92 | 94200 | 30940 | 63260 | | | 0012576-01 | 341.72000 | $9,540.82 |

| 51.00 c | 7.60 % | 0.40 c | 0.00 | 0.00 | .4 $ | 0 | 2.7 -2.7%M | 0 | 0 | 0 | 43.2 % | -15$ |

Delivery Loc   ADM PROCESSING
Sub Vendor:   BRODAL FARMS LTD
Entry Number:

040691-06
ORIGIN:   COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID   AI7520495234-20-8
Vehicle ID: AD01071405

GRAIN ASSESSMENT         -$24.62

=====================
TOTAL PER TICKET         9516.2

---

| 0495241-01 | 8/4/2020 | 28.87 | 0.87 | 28.00 | 95780 | 32140 | 63640 | | | 0012576-01 | 341.72000 | $9,568.16 |

| 51.00 c | 7.70 % | 0.80 c | 0.00 | 0.00 | .8 $ | 0 | 3 -3%M | 0 | 0 | 0 | 42.6 % | -15$ |

Delivery Loc   ADM PROCESSING
Sub Vendor:   BRODAL FARMS LTD
Entry Number:

040691-07
ORIGIN:   COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID   AI7520495241-20-8
Vehicle ID: AD01071404

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit D Page 4 of 12**

| Ticket TW | Date MO | Gross MT TD | KD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI | Page 3 of 5 Extension EL | US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ORIGIN: | COLUMBUS, ND | | | | | | GRAIN ASSESSMENT | | | -$24.69 |

TOTAL PER TICKET     9543.47

| 0495268-01 | 8/4/2020 | 26.02 | 0.44 | | 25.58 | 89440 | 32080 | 57360 | | | | 0012576-01 | 341.72000 | | $8,741.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 7.60 % | 0.40 c | 0.00 | 0.00 | .4 S | 0 | 1.7 -1.7%M | 0 | 0 | 0 | 42.8 % | | -15$ | | |

Delivery Loc: ADM PROCESSING    040891-08    Elev Ticket #
Sub Vendor: BRODAL FARMS LTD    Hauler: NAME ID NUMBER NOT FOUND
Entry Number:    ORIGIN: COLUMBUS, ND

Shipment ID   AI7520495268-20-8
Vehicle ID: AD01071402

GRAIN ASSESSMENT     -$22.56

TOTAL PER TICKET     8718.64

| 0495304-01 | 8/4/2020 | 27.83 | 0.67 | | 27.16 | 91960 | 30600 | 61360 | | | | 0012576-01 | 341.72000 | | $9,281.12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.00 % | 1.50 c | 0.00 | 1.40 $ | .4 S | 0 | 2.4 -2.4%M | 0 | 0 | 0 | 42.8 % | | -15$ | | |

Delivery Loc: ADM PROCESSING    040891-09    Elev Ticket #
Sub Vendor: BRODAL FARMS LTD    Hauler: NAME ID NUMBER NOT FOUND
Entry Number:    ORIGIN: COLUMBUS, ND

Shipment ID   AI7520495304-20-8
Vehicle ID: AD01071405

GRAIN ASSESSMENT     -$23.95

TOTAL PER TICKET     9257.17

| 0495309-01 | 8/4/2020 | 28.85 | 0.75 | | 28.10 | 95080 | 31480 | 63600 | | | | 0012576-01 | 341.72000 | | $9,602.33 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.10 % | 0.80 c | 0.00 | 0.60 $ | .2 S | 0 | 2.6 -2.6%M | 0 | 0 | 0 | 43.6 % | | -15$ | | |

Delivery Loc: ADM PROCESSING    040891-10    Elev Ticket #
Sub Vendor: BRODAL FARMS LTD    Hauler: NAME ID NUMBER NOT FOUND
Entry Number:    ORIGIN: COLUMBUS, ND

Shipment ID   AI7520495309-20-8
Vehicle ID: AD01071399

GRAIN ASSESSMENT     -$24.78

TOTAL PER TICKET     9577.55

| 0495323-01 | 8/4/2020 | 25.90 | 0.70 | | 25.20 | 88840 | 31740 | 57100 | | | | 0012576-01 | 341.72000 | | $8,611.34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 7.80 % | 3.00 c | 0.00 | 2.60 $ | .4 S | 0 | 2.7 -2.7%M | 0 | 0 | 0 | 42.8 % | | -15$ | | |

Delivery Loc: ADM PROCESSING    040891-11    Elev Ticket #

Shipment ID   AI7520495323-20-8

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit D Page 5 of 12**

| Ticket TW | Date MO | Gross MT TD HD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Page 4 of 5 Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub Vendor: BRODAL FARMS LTD | | | | | | Hauler:NAME ID NUMBER NOT FOUND | | | | | | Vehicle ID: AD01071404 | |
| Entry Number: | | | | ORIGIN: | | COLUMBUS, ND | | | | | GRAIN ASSESSMENT | | -$22.22 |
| | | | | | | | | | | | ▬▬▬▬▬▬▬▬▬▬▬ | | |
| | | | | | | | | | | | TOTAL PER TICKET | | 8589.12 |

| 0495328-01 | 8/4/2020 | 27.40 | 0.74 | 26.66 | 92040 | 31640 | 60400 | | | | C012576-01 | 341.72000 | $9,110.26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.20 % | 0.80 0.00 c | 0.60 $ | .2 $ | 0 | 2.7 -2.7%M | 0 | 0 | 0 | 43.3 % | | -1SS | |
| Delivery Loc  ADM PROCESSING | | | | 040691-12 | | | Elev Ticket # | | | | Shipment ID · AI7520495328-20-8 | | |
| Sub Vendor:  BRODAL FARMS LTD | | | | | | Hauler:NAME ID NUMBER NOT FOUND | | | | | Vehicle ID: AD01071402 | | |
| Entry Number: | | | | ORIGIN: | | COLUMBUS, ND | | | | | GRAIN ASSESSMENT | | -$23.51 |
| | | | | | | | | | | | ▬▬▬▬▬▬▬▬▬▬ | | |
| | | | | | | | | | | | TOTAL PER TICKET | | 9086.75 |

|  |  |  |
|---|---|---|
| | GRAIN ASSESSMENT | -$278.49 |
| | WEIGHING/INSPECTION FEE | -$180.00 |
| | SETTLEMENT AMOUNT | $107,463.51 |
| Ref : 01        030189 | BRODAL FARMS LTD | $107,463.51 |

|  |  |
|---|---|
| Gross | 324.07 |
| Disc. | 8.25 |
| Net MT | 315.82 |
| Extended Amount | $107,922.00 |
| Dollar Deductions | -$458.49 |
| Settlement Amount | $107,463.51 |

**Contracts Due in 90 Days:**

| Commodity | Loc | Contract | Delivery Date | Due Date | Remaining Quantity | Price |
|---|---|---|---|---|---|---|

GRN-SETTLEMENT FORMS-UF—94300

Exhibit D Page 6 of 12

**Exhibit A Page 27 of 64**
Brodal Farms 000016

| Gross | Tare | Net | ST | OP | FC | WI | EL | US |
|-------|------|-----|----|----|----|----|----|----|
| | TM | MN | | | | | | |

Page 5 of 5

*** No Open Contracts

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit D Page 7 of 12**

REPORT-ID=35230-30,DDNAME=IMAGES,MEMBER=??????,TYPE=PDF,SECTION=??752-238914-028477-20201015

**ADM PROCESSING**
1388 HIGHWAY 97
VELVA, ND 58790-9003
701/338-2491

Settlement Number: 028477-P

REPRINT
Settlement Date: 10/15/2020
Customer: 238914-000
Location: 752

PURCHASE

Customer: **BRODAL FARMS LTD**
C/O LYNN BRODAL
10131 COUNTY ROAD 6
COLUMBUS ND 58727-9583
US

CANOLA

Settlement Currency in US Dollar

Page 1 of 5

| Ticket TW | Date MO | Gross MT TD | HD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0495330-01 | 8/5/2020 | 27.58 | 0.52 | | 27.06 | 93400 | 32600 | 60800 | | | | 0012576-01 | 341.72000 | $9,246.94 |
| 51.00 c | 8.30 % | 0.20 c | 0.00 | 0.00 | .2 s | 0 | 1.9 -1.9%M | 0 | 0 | 0 | 43.1 % | | -15$ | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #
040753-01
Hauler: NAME ID NUMBER NOT FOUND

ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520495330-20-8
Vehicle ID: AD01071400

GRAIN ASSESSMENT   -$23.86

==================

TOTAL PER TICKET   9223.08

| 0495331-01 | 8/5/2020 | 27.49 | 0.55 | | 26.94 | 91940 | 31340 | 60600 | | | | 0012576-01 | 341.72000 | $9,205.94 |
| 51.00 c | 8.00 % | 0.20 c | 0.00 | 0.00 | .2 s | 0 | 2 -2%M | 0 | 0 | 0 | 42.5 % | | -15$ | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #
040753-02
Hauler: NAME ID NUMBER NOT FOUND

ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520495331-20-8
Vehicle ID: AD01071405

GRAIN ASSESSMENT   -$23.76

==================

TOTAL PER TICKET   9182.18

| 0495334-01 | 8/5/2020 | 25.84 | 0.67 | | 25.17 | 88520 | 31560 | 56960 | | | | 0012576-01 | 341.72000 | $8,601.09 |
| 51.00 c | 7.80 % | 0.20 c | 0.00 | 0.00 | .2 s | 0 | 2.6 -2.6%M | 0 | 0 | 0 | 43 % | | -15$ | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #
040753-03
Hauler: NAME ID NUMBER NOT FOUND

ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520495334-20-8
Vehicle ID: AD01071397

GRAIN ASSESSMENT   -$22.19

==================

TOTAL PER TICKET   8578.9

GRN-SETTLEMENT FORMS-UF---94300

Exhibit D Page 8 of 12

Exhibit A Page 29 of 64
Brodal Farms 000018

| Ticket TW | Date MO | Gross MT TD | HD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | CP | Contract FC | Price WI EL | Page 2 of 5 Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**0495336-01  8/5/2020**    24.44    0.81    23.63    85660    31780    53880    0012576-01    341.72000    $8,074.84

| 51.00 c | 8.20 % | 0.20 c | 0.00 | 0.00 | .2 $ | 0 | 3.3 -3.3%M | 0 | 0 | 0 | 42.9 % | | -15$ | |

Delivery Loc: ADM PROCESSING
Sub Vendor: BRODAL FARMS LTD
Entry Number:

040753-04

ORIGIN: COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID  AI7520495336-20-8
Vehicle ID: AD01071398

GRAIN ASSESSMENT    -$20.84

=====================
TOTAL PER TICKET    8054

---

**0495337-01  8/5/2020**    27.93    0.59    27.34    93620    32040    61580    0012576-01    341.72000    $9,342.62

| 51.00 c | 8.40 % | 0.20 c | 0.00 | 0.00 | .2 $ | 0 | 2.1 -2.1%M | 0 | 0 | 0 | 42.6 % | | -15$ | |

Delivery Loc: ADM PROCESSING
Sub Vendor: BRODAL FARMS LTD
Entry Number:

040753-05

ORIGIN: COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID  AI7520495337-20-8
Vehicle ID: AD01071395

GRAIN ASSESSMENT    -$24.11

=====================
TOTAL PER TICKET    9318.51

---

**0495338-01  8/5/2020**    26.12    0.73    25.39    87720    30140    57580    0012576-01    341.72000    $8,676.27

| 51.00 c | 8.20 % | 0.60 c | 0.00 | 0.00 | .6 $ | 0 | 2.8 -2.6%M | 0 | 0 | 0 | 42.9 % | | -15$ | |

Delivery Loc: ADM PROCESSING
Sub Vendor: BRODAL FARMS LTD
Entry Number:

040753-06

ORIGIN: COLUMBUS, ND

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID  AI7520495338-20-8
Vehicle ID: AD01071394

GRAIN ASSESSMENT    -$22.39

=====================
TOTAL PER TICKET    8653.88

---

**0495342-01  8/5/2020**    27.61    0.80    26.81    93400    32520    60880    0012576-01    341.72000    $9,161.51

| 51.00 c | 8.20 % | 1.00 c | 0.00 | 0.80 $ | .2 $ | 0 | 2.9 -2.9%M | 0 | 0 | 0 | 43.1 % | | -15$ | |

Delivery Loc: ADM PROCESSING
Sub Vendor: BRODAL FARMS LTD
Entry Number:

040753-07

ORIGIN:

Elev Ticket #
Hauler: NAME ID NUMBER NOT FOUND

Shipment ID  AI7520495342-20-8
Vehicle ID: AD01071404

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit D Page 9 of 12**

**Exhibit A Page 30 of 64**
Brodal Farms 000019

| Ticket TW | Date MO | Gross MT TD | HD | Adjust OD | Net MT DG | Gross CD | Tare IM | Net MN | ST | OP | Contract FC | Price WT | EL | Page 3 of 5 Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ORIGIN: | COLUMBUS, ND | | | | GRAIN ASSESSMENT | | | -$23.64 |
| | | | | | | | | | | | | | | ============== |
| | | | | | | | | | | | TOTAL PER TICKET | | | 9137.87 |

| 0495350-01 | 8/5/2020 | 29.29 | | 1.05 | 28.24 | 98400 | 33820 | 64580 | | | 0012576-01 | 341.72000 | | $9,650.17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 9.20 % | 0.40 c | 0.00 | 0.00 | .4 $ | 0 | 3.6 -3.6%M | 0 | 0 | 0 | 42.2 % | | -15$ | |

Delivery Loc  ADM PROCESSING  
Sub Vendor:  BRODAL FARMS LTD  
Entry Number:

040753-08  
Elev Ticket #  
Hauler:NAME ID NUMBER NOT FOUND  
ORIGIN:  COLUMBUS, ND  

Shipment ID  AI7520495353-20-8  
Vehicle ID: AD01071393

GRAIN ASSESSMENT  -$24.90

============

TOTAL PER TICKET  9625.27

| 0495353-01 | 8/5/2020 | 27.97 | | 0.76 | 27.21 | 93400 | 31740 | 61660 | | | 0012576-01 | 341.72000 | | $9,298.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.10 % | 0.20 c | 0.00 | 0.00 | .2 $ | 0 | 2.7 -2.7%M | 0 | 0 | 0 | 42.2 % | | -15$ | |

Delivery Loc  ADM PROCESSING  
Sub Vendor:  BRODAL FARMS LTD  
Entry Number:

040753-09  
Elev Ticket #  
Hauler:NAME ID NUMBER NOT FOUND  
ORIGIN:  COLUMBUS, ND  

Shipment ID  AI7520495353-20-8  
Vehicle ID: AD01071399

GRAIN ASSESSMENT  -$23.99

============

TOTAL PER TICKET  9274.21

| 0495354-01 | 8/5/2020 | 13.63 | | 0.25 | 13.39 | 93140 | 31760 | 61380 | | | 0012576-01 | 341.72000 | | $4,575.63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.30 % | 0.50 c | 0.00 | 0.00 | .5 $ | 0 | 1.8 -1.8%M | 0 | 0 | 0 | 43.1 % | | -7.34$ | |

Delivery Loc  ADM PROCESSING  
Sub Vendor:  BRODAL FARMS LTD  
Entry Number:

040753-10  
Elev Ticket #  
Hauler:NAME ID NUMBER NOT FOUND  
ORIGIN:  COLUMBUS, ND  

Shipment ID  AI7520495354-20-8  
Vehicle ID: AD01071392

GRAIN ASSESSMENT  -$11.80

============

TOTAL PER TICKET  4563.83

| 0496203-01 | 8/19/2020 | 28.38 | | 0.94 | 27.44 | 93760 | 31200 | 62560 | | | S018951-01 | 331.59000 | | $9,098.83 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51.00 c | 8.20 % | 0.40 c | 0.00 | 0.00 | .4 $ | 0 | 3.3 -3.3%M | 0 | 0 | 0 | 41.2 % | | -15$ | |

Delivery Loc  ADM PROCESSING

041047-01  
Elev Ticket #

Shipment ID  AI7520496203-20-8

GRN-SETTLEMENT FORMS-UF—94300

| Ticket TW | Date MO | Gross MT TD | Adjust HD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Page 4 of 5 Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub Vendor: BRODAL FARMS LTD | | | | | | | | Hauler: NAME ID NUMBER NOT FOUND | | | Vehicle ID: AD01071397 | | |
| Entry Number: | | | | ORIGIN: | COLUMBUS, ND | | | | | | GRAIN ASSESSMENT | | -$24.20 |
| | | | | | | | | | | | =================== | | |
| | | | | | | | | | | | TOTAL PER TICKET | | 9074.63 |

| Ticket TW | Date MO | Gross MT TD | Adjust HD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0498770-01 8/26/2020 | | 24.18 | 0.63 | 23.55 | 85360 | 32060 | 53300 | | | | S019080-01 | 337.31000 | $7,943.65 |
| 51.00 c | 7.40 % | 0.40 c | 0.00 | 0.20 % | .2 S | 0 | 2.6 -2.5%M | 0 | 0 | 43 % | | -155 | |
| Delivery Loc  ADM PROCESSING | | | | 041188-01 | | | Elev Ticket # | | | | Shipment ID  AI7520498770-20-8 | | |
| Sub Vendor:  BRODAL FARMS LTD | | | | | | | Hauler: NAME ID NUMBER NOT FOUND | | | | Vehicle ID: AD01071402 | | |
| Entry Number: | | | | ORIGIN: | COLUMBUS, ND | | | | | | GRAIN ASSESSMENT | | -$20.77 |
| | | | | | | | | | | | =================== | | |
| | | | | | | | | | | | TOTAL PER TICKET | | 7922.88 |

| Ticket TW | Date MO | Gross MT TD | Adjust HD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Extension US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0500445-02 10/2/2020 | | 24.89 | 0.62 | 24.27 | 100840 | 32480 | 68360 | | | | S019828-01 | 366.13000 | $8,885.98 |
| 51.00 c | 8.40 % | 1.00 c | 0.00 | 0.00 | 1 S | 0 | 2.5 -2.5%M | 0 | 0 | 40.6 % | | -12.04$ | |
| Delivery Loc  ADM PROCESSING | | | | 042314-04 | | | Elev Ticket # | | | | Shipment ID  AI7520500445-20-10 | | |
| Sub Vendor:  BRODAL FARMS LTD | | | | | | | Hauler: NAME ID NUMBER NOT FOUND | | | | Vehicle ID: AD01071400 | | |
| Entry Number: | | | | ORIGIN: | COLUMBUS, ND | | | | | | GRAIN ASSESSMENT | | -$21.40 |
| | | | | | | | | | | | =================== | | |
| | | | | | | | | | | | TOTAL PER TICKET | | 8864.58 |

| | | |
|---|---|---|
| GRAIN ASSESSMENT | | -$287.85 |
| WEIGHING/INSPECTION FEE | | -$184.38 |
| SETTLEMENT AMOUNT | | $111,289.44 |
| Ref : 01 | 030987 | BRODAL FARMS LTD | $111,289.44 |

GRN-SETTLEMENT FORMS-UF—94300

Exhibit D Page 11 of 12

Brodal Farms 000021

| Gross | Tare | Net | ST | OP | FC | WI | EL | US |
|---|---|---|---|---|---|---|---|---|
| | IM | MN | | | | | | |

| | | |
|---|---|---|
| | Gross | 335.36 |
| | Disc. | 8.92 |
| | Net MT | 326.44 |

| | |
|---|---|
| Extended Amount | $111,761.67 |
| Dollar Deductions | -$472.23 |
| Settlement Amount | $111,289.44 |

**Contracts Due in 90 Days:**

| Commodity | Loc | Contract | Delivery Date | Due Date | Remaining Quantity | Price |
|---|---|---|---|---|---|---|

*** No Open Contracts

GRN-SETTLEMENT FORMS-UF—94300

Brodal Farms 000022

# Exhibit E

Brodal Farms 000023



**ADM PROCESSING**
1388 HIGHWAY 97
VELVA, ND 58790-9003
701/338-2491

**PURCHASE Reprint**

**Contract Number:** 0013206

| | |
|---|---|
| Contract Location: | 752      01 |
| FIXED PRICE | Purchase |
| Contract Date: | 9/29/2020 |
| Customer: | 238914-000 |
| Inventory Loc: | 752 |
| Buyer: | Morgan L. Hall |

**SELLER**  BRODAL FARMS LTD
C/O LYNN BRODAL
10131 COUNTY ROAD 6
COLUMBUS      ND 58727-9583
US

We Confirm Our Agreement With You Today As Follows:

| | | | |
|---|---|---|---|
| Grain: | CANOLA | Transportation: | TRUCK |
| Quantity: | 113.40 / MT   (250,002/LBS) | Their Contract#: | |
| Futures: | CAD$508.4000 / MT   @ WICE/Nov-20 | Hold Pay Until: | |
| Basis: | CAD($30.00) / MT | Service Fee: | $0.0000 |
| Price: | USD$358.25 / MT   ($16.2501/CWT) | Specialty Premium: | $0.0000 |
| Date Priced: | 29-Sep-2020 | Begin Delivery: | 29-Sep-2020 |
| Origin: | Columbus North Dakota | End Delivery: | 31-Oct-2020 |
| Destination: | Velva, ADM Processing  North Dakot | Grades to Govern: | Destination |
| Payment Terms: | | Weight to Govern: | Destination |
| Delivery Terms: | DELIVERED | | |

**REMARKS AND SPECIAL TERMS**

ADM option to accept off grade seed-ADM schedule of discounts to apply at delivery (time of unload).
Official grain inspection grades to govern-samples dumped @ 7 days.
A penalty will be charged for late delivery at replacement value.
Price & quantity based on net clean seed - all dockage deductible.
*** US Canola seed grown in the United States ***
Please return a signed copy by mail or fax 1-701-338-2128.
Canadian toll free #800-232-1487 u.s. toll free #800-548-8613.
Receipt of this contract by you is an acknowledgement of acceptance of all terms and conditions herein unless immediate notice is
sent to us advising of any errors.
Grading charged (truck $15/rail $20) check-off tax (0.04/cwt) & indemnity fund charged to seller account.

PAYMENT WITHIN 10 DAYS OF CONTRACT FULFILLMENT OR AS INSTRUCTED BY VENDOR.

5,000 bu @ $16.25/cwt

---

| Accepted By Customer | Date | Morgan L. Hall | Date |
|---|---|---|---|
| Purchase Contract:  0013206 | | PLEASE SIGN AND RETURN ONE COPY | Page:  1/2 |

admognsdata/120/752/GRN-CONTRACT FORMS-UF---25500-S

**Exhibit E Page 1 of 6**

**Exhibit A Page 35 of 64**
Brodal Farms 000024

Purchase Contract:  0013206     Archer-Daniels-Midland Company and its Subsidiaries ("ADM")     Page:  2/2
Terms and Conditions of Purchase (Origination)

**TERMS AND CONDITIONS OF CONTRACT: THESE TERMS AND CONDITIONS OF PURCHASE ("AGREEMENT") INCLUDE ALL DOCUMENTS AND EXHIBITS ATTACHED HERETO AND ALL OTHER TERMS INCORPORATED BY REFERENCE HEREIN. IF NO OBJECTION IS MADE IMMEDIATELY, THIS AGREEMENT SHALL CONSTITUTE THE FINAL, COMPLETE AND EXCLUSIVE STATEMENT OF THIS CONTRACT AND MAY NOT BE MODIFIED OR RESCINDED EXCEPT BY WRITTEN AMENDMENT SIGNED BY ADM. ADM HEREBY EXPRESSLY OBJECTS TO AND REJECTS ALL TERMS AND CONDITIONS IN SELLER'S CONFIRMATION OR OTHER WRITING, OF WHATEVER KIND, INCONSISTENT WITH OR IN ADDITION TO THE TERMS AND CONDITIONS OF THIS AGREEMENT.**

**WARRANTIES: SELLER REPRESENTS AND WARRANTS TO ADM THAT (A) IT IS A MERCHANT AS THAT TERM IS DEFINED BY THE UNIFORM COMMERCIAL CODE; (B) THE GOODS CONFORM TO THE SPECIFICATIONS PRESCRIBED BY ADM; (C) THE GOODS ARE NOT ADULTERATED OR MISBRANDED WITHIN THE MEANING OF THE FEDERAL FOOD, DRUG AND COSMETIC ACT, AS AMENDED, OR INCLUDE ANY ARTICLE OR COMMODITY WHICH MAY NOT, UNDER THE PROVISIONS OF SUCH ACT, BE INTRODUCED INTO INTERSTATE COMMERCE; (D) THE GOODS ARE FIT FOR SALE, AND DO NOT CONTAIN TRANSGENIC EVENTS NOT APPROVED FOR USE OR SALE, IN THE U.S., CANADA, CHINA, SOUTH KOREA, THE EUROPEAN UNION, JAPAN AND MEXICO, (E) THE GOODS ARE FREE FROM ANY PEANUT, PEANUT PRODUCT, PEANUT RESIDUE, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), TREE NUT PRODUCT, OR TREE NUT RESIDUE; (F) THE GOODS ARE FREE U.S. SEEDS THAT WERE ENTIRELY GROWN IN THE CONTINENTAL U.S.; (G) IF THE GOODS ARE CANOLA SEED, THEY ARE LOW EROTIC ACID CANOLA SEED ONLY; AND (H) THE GOODS ARE AND WILL REMAIN FREE AND CLEAR OF ANY PENALTY, LIEN, CHARGE, QUOTA REGULATION OR ENCUMBRANCE, GOVERNMENTAL OR OTHERWISE, OF ANY NATURE WHATSOEVER AT THE TIME OF SALE TO ADM. WITHOUT LIMITING THE FOREGOING, SELLER WARRANTS THAT THE GOODS MEET THE MINIMUM STANDARDS PRESCRIBED BY THE U.S. FDA, INCLUDING A MAXIMUM AFLATOXIN LEVEL OF 20 PPB (UNLESS A DIFFERENT LEVEL IS OTHERWISE SPECIFIED HEREIN) AND THAT ALL GOODS HAVE BEEN FREE AT ALL TIMES OF ANY OTHER CONTAMINATION. FURTHERMORE, SELLER WARRANTS THAT THE GOODS WILL NOT POSE ANY FOOD SAFETY OR QUARANTINE RISK TO ADM AND THAT THE GOODS HAVE NOT BEEN SHIPPED FROM ANY AREA QUARANTINED BY THE U.S. DEPARTMENT OF AGRICULTURE - ANIMAL AND PLANT HEALTH INSPECTION SERVICE ("APHIS").**

**OFF-GRADE GOODS: ADM, IN ITS SOLE DISCRETION, MAY DECIDE WHETHER TO REJECT OR ACCEPT OFF-GRADE GOODS AGAINST THIS AGREEMENT BUT IF ADM ACCEPTS OFF-GRADE GOODS, THE ADM DISCOUNT SCHEDULE IN EFFECT AT THE TIME OF UNLOAD SHALL APPLY TO THE PRICE PAID HEREUNDER FOR ANY SUCH OFF-GRADE GOODS AND ADM SHALL HAVE NO OBLIGATION TO FIRST NOTIFY SELLER. TO THE EXTENT ALL OR ANY PORTION OF THE GOODS, REGARDLESS OF GRADE, IS TAGGED, SEIZED, CONDEMNED OR DECLARED UNFIT BY ANY REGULATORY AGENCY, IT SHALL BE AUTOMATICALLY REJECTED, NOT A PART OF THIS AGREEMENT, AND OWNERSHIP OF SUCH GOODS SHALL REMAIN WITH SELLER.**

**CARRIER CERTIFICATION: AT THE TIME OF DELIVERY, ADM MAY REQUIRE THAT AN ADM-PROVIDED FORM ENTITLED "CARRIER CERTIFICATION AND PRIOR LOAD VERIFICATION" BE COMPLETED AND SUBMITTED TO ADM PRIOR TO ADM'S ACCEPTANCE OF THE GOODS. THIS CERTIFICATION WILL REQUIRE THAT THE CARRIER CERTIFY THAT: A) ANY TRUCK, RAILCAR, BARGE, OR ANY OTHER MODE OF CONVEYANCE USED FOR TRANSPORTING THE GOODS WAS CLEAN OF ALL PREVIOUS RESIDUE; AND B) THE TRUCK, RAILCAR, OR BARGE OR OTHER MODE OF CONVEYANCE MUST NOT HAVE HAULED PEANUTS, PEANUT PRODUCTS, TREE NUTS (E.G., ALMONDS, WALNUTS, PECANS), OR TREE NUT PRODUCTS IN THE LOAD IMMEDIATELY PRIOR TO HAULING THE GOODS.**

**RISK OF LOSS/TRANSFER OF TITLE: UNLESS OTHERWISE SPECIFIED BY ADM, THE GOODS SHALL BE DELIVERED F.O.B. DESTINATION AND ANY FREIGHT CHARGE INCREASES OR SURCHARGES WILL BE PAID BY SELLER. ADM AND SELLER AGREE THAT THE PASSAGE OF TITLE AND RISK OF LOSS SHALL OCCUR UPON ACCEPTANCE OF THE GOODS BY ADM AT THE DESTINATION. IF THE SETTLEMENT PRICE FOR THE GOODS IS NOT ESTABLISHED AT OR PRIOR TO DELIVERY, ADM IS NOT REQUIRED TO CARRY BOND ON THE GOODS FOR THE BENEFIT OF SELLER, AND IN CASE OF INSOLVENCY, PAYMENT FOR THE GRAIN BECOMES A COMMON CLAIM AGAINST ADM.**

**ORDER FULFILLMENT: IF MORE THAN ONE CONTRACT IS OPEN, SHIPMENTS ARE TO BE APPLIED ON CONTRACTS IN ORDER OF EACH CONTRACT'S DELIVERY DATE BEGINNING WITH THE OLDEST CONTRACT. IT IS UNDERSTOOD THAT THIS AGREEMENT IS NOT COMPLETED UNTIL ALL SHIPMENTS ARE RECEIVED, GRADED, WEIGHED AND UNLOADED AT DESTINATION. ADM MAY DESIGNATE ANY REASONABLE ALTERNATE DELIVERY POINT IF NECESSARY TO EXPEDITE SELLER'S PERFORMANCE OF THIS AGREEMENT, BUT ADM SHALL HAVE NO OBLIGATION TO DO SO.**

**LATE DELIVERY: SELLER IS RESPONSIBLE TO DELIVER THE QUANTITY AND QUALITY OF GOODS CONTRACTED FOR HEREUNDER WITHIN THE DELIVERY PERIOD SPECIFIED HEREUNDER. FAILURE TO DELIVER WITHIN THE DELIVERY PERIOD IS A DEFAULT UNDER THIS AGREEMENT. WITH RESPECT TO SELLER'S OBLIGATIONS UNDER THIS CONTRACT, TIME IS OF THE ESSENCE.**

**SELLER DEFAULT; ADM'S REMEDIES: THE OCCURRENCE OF ANY OF THE FOLLOWING EVENTS SHALL CONSTITUTE A DEFAULT BY SELLER AND A BREACH OF THE ENTIRE AGREEMENT BETWEEN THE PARTIES: (A) FAILURE BY SELLER TO PERFORM ANY OF ITS OBLIGATIONS SPECIFIED IN THIS AGREEMENT; (B) SELLER GENERALLY NOT BEING ABLE TO PAY ITS DEBTS AS THEY BECOME DUE, SELLER ADMITTING IN WRITING ITS INABILITY TO PAY ITS DEBTS, SELLER MAKING AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS, OR THE COMMENCEMENT OF ANY CASE, PROCEEDING, OR OTHER ACTION SEEKING TO HAVE AN ORDER FOR RELIEF ENTERED ON ITS BEHALF AS AGAINST IT AS DEBTOR OR TO ADJUDICATE IT BANKRUPT OR INSOLVENT, OR SEEKING REORGANIZATION, ARRANGEMENT, ADJUSTMENT, LIQUIDATION, DISSOLUTION OR COMPOSITION OF IT OR ITS DEBTS UNDER ANY LAW RELATING TO BANKRUPTCY, INSOLVENCY, REORGANIZATION; (C) SELLER'S FINANCIAL CONDITION IS FOUND TO BE OR BECOMES UNSATISFACTORY IN ADM'S REASONABLE OPINION; AND (D) THE ISSUANCE OF EXECUTION PROCESS AGAINST ANY PROPERTY OF SELLER OR ANY CONFIRMATION, LEVY, FORFEITURE, OR SIMILAR ACTION AGAINST THE GOODS OR ANY PORTION THEREOF. IN THE EVENT OF A DEFAULT, ADM, AT ITS OPTION MAY: (1) TERMINATE THIS AGREEMENT WITHOUT FURTHER OBLIGATION; (2) PURCHASE A SUBSTITUTION FOR THE GOODS ON THE OPEN MARKET FOR SELLER'S ACCOUNT, AND SELLER WILL PAY ADM ANY LOSS AND INCIDENTAL EXPENSES RESULTING THEREFROM; (3) REQUIRE SELLER TO PAY THE DIFFERENCE BETWEEN THE AGREEMENT PRICE AND THE MARKET PRICE ON THE DATE OF TERMINATION; AND/OR (4) TERMINATE ANY OR ALL OTHER CONTRACTS IN EXISTENCE BETWEEN ADM AND SELLER WHETHER OR NOT SELLER MAY OTHERWISE BE IN DEFAULT THEREUNDER. NOTWITHSTANDING THE FOREGOING, ADM MAY PURSUE ANY REMEDY ALLOWED BY LAW, AND ADM WILL BE ENTITLED TO COLLECT FROM SELLER REASONABLE ATTORNEY'S FEES AND COSTS INCURRED BY ADM IN CONNECTION WITH ENFORCEMENT OF THIS AGREEMENT.**

**ADM ADVANCE OF FUNDS: IF THERE ARE UNPRICED GOODS SUBJECT TO THIS AGREEMENT AND ADM ADVANCES FUNDS TO SELLER PRIOR TO FINAL PRICING, THEN ADM SHALL HAVE THE RIGHT, IN THE EVENT THE MARKET DECLINES, TO REQUIRE SELLER TO REFUND A PORTION OF THE AMOUNT ADM HAS SO ADVANCED. THE RETURNED AMOUNT WILL BE EQUAL TO THE DECLINE IN THE MARKET (THE DIFFERENCE BETWEEN THE THEN CURRENT MARKET PRICE AND THE MARKET PRICE OF THE GOODS ON THE DATE ADM ADVANCED FUNDS TO SELLER), IN ORDER TO MAINTAIN THE MARGIN TO THE MARKET AS AGREED UPON IN THIS AGREEMENT. WITHOUT PREJUDICE TO OTHER LEGAL REMEDIES, ADM MAY TREAT SELLER'S FAILURE TO REFUND THE FULL AMOUNT SO REQUESTED WITHIN 48 HOURS AFTER SUCH DEMAND AS A DEFAULT UNDER THIS AGREEMENT AND PURSUE ADM'S LEGAL AND EQUITABLE REMEDIES.**

**FORCE MAJEURE: ADM SHALL NOT BE LIABLE FOR DELAY IN ADM'S PERFORMANCE OR FAILURE WHEN SUCH DELAY OR FAILURE IS DUE TO UNFORESEEN CAUSES BEYOND ITS CONTROL AND WITHOUT ITS FAULT OR NEGLIGENCE, INCLUDING BUT NOT LIMITED TO ACTS OF GOD, ACTS OF PUBLIC ENEMY, GOVERNMENTAL ACTION, FIRES, FLOODS, EARTHQUAKES, EPIDEMICS, QUARANTINE RESTRICTION, LABOR DIFFICULTIES, FREIGHT EMBARGOES, PLANT BREAKDOWNS, TRANSPORTATION SHORTAGES OR UNUSUALLY SEVERE WEATHER. ADM SHALL NOT BE REQUIRED TO PAY FOR OR TO ACCEPT SELLER'S APPLICATION OF OR TITLE TO ANY GOODS FOR SO LONG AS ADM IS DELAYED IN PERFORMANCE AS A RESULT OF ONE OR MORE OF THE EVENTS DESCRIBED IN THE PRECEDING SENTENCE.**

**PRICE; VOLATILITY: UNLESS OTHERWISE STATED, THE PRICES SET FORTH ON THIS AGREEMENT ARE IN U.S. DOLLARS. FOR THE AVOIDANCE OF DOUBT, ADM AND SELLER RECOGNIZE THAT THE MARKET PRICE WHEN DELIVERY IS REQUIRED UNDER THIS AGREEMENT MAY DIFFER SUBSTANTIALLY FROM THE AGREEMENT PRICE, AND EACH PARTY AGREES NOT TO ASSERT SUCH A DIFFERENCE AS AN EXCUSE FOR NON-PERFORMANCE HEREUNDER OR AS A DEFENSE FOR DAMAGES FOR FAILURE TO PERFORM IN WHOLE OR IN PART.**

**INDEMNITY: SELLER AGREES TO RELEASE, DEFEND, INDEMNIFY AND HOLD ADM HARMLESS FROM AND AGAINST ALL LIABILITIES, COSTS, EXPENSES, CLAIMS OR DEMANDS WHETHER ARISING IN TORT, CONTRACT, OR OTHERWISE FOR INJURIES OR DAMAGES TO ANY PERSON OR PROPERTY ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT. THIS INDEMNIFICATION OBLIGATION SHALL APPLY WITHOUT REGARD TO CAUSE OR CAUSES, INCLUDING WITHOUT LIMITATION, THE NEGLIGENCE OF ANY PARTY, WHETHER SUCH NEGLIGENCE BE SOLE, JOINT OR CONCURRENT, ACTIVE OR PASSIVE AND UNDER ANY THEORY OF LIABILITY, INCLUDING WITHOUT LIMITATION, THEORIES IN CONTRACT, TORT OR STRICT LIABILITY. THIS INDEMNIFICATION OBLIGATION SHALL BE SUPPORTED BY ADEQUATE LIABILITY INSURANCE COVERAGE.**

**NGFA RULES/ARBITRATION: EXCEPT AS OTHERWISE PROVIDED HEREIN, THIS AGREEMENT SHALL BE SUBJECT TO THE TRADE RULES OF THE NATIONAL GRAIN AND FEED ASSOCIATION ("NGFA"), WHICH ARE INCORPORATED HEREIN. THE PARTIES AGREE THAT THE SOLE REMEDY FOR RESOLUTION OF ANY AND ALL DISAGREEMENTS OR DISPUTES ARISING UNDER OR RELATED TO THIS AGREEMENT SHALL BE THROUGH ARBITRATION PROCEEDINGS BEFORE THE NGFA PURSUANT TO THE NGFA ARBITRATION RULES. IN THE EVENT OF A CONFLICT BETWEEN THE NGFA TRADE RULES AND THIS AGREEMENT, THIS AGREEMENT SHALL CONTROL. THE DECISION AND AWARD DETERMINED THROUGH SUCH ARBITRATION SHALL BE FINAL AND BINDING UPON EACH PARTY.**

**MISCELLANEOUS: ADM'S FAILURE TO INSIST ON FULL PERFORMANCE OF ANY ITEM OR CONDITION OF THIS AGREEMENT OR ADM'S WAIVER OF ANY BREACH HEREUNDER SHALL NOT BE CONSIDERED WAIVER OF THAT TERM OR CONDITION IN THE FUTURE OR ANY OTHER TERMS, CONDITIONS OR RIGHTS OF ADM UNDER THIS AGREEMENT. SELLER SHALL NOT ASSIGN THIS AGREEMENT OR ANY RIGHT OR INTEREST HEREIN, NOR MAY SELLER DELEGATE ANY DUTY OR OBLIGATION HEREUNDER, WITHOUT THE EXPRESS WRITTEN CONSENT OF ADM. ANY ASSIGNMENT OR DELEGATION IN VIOLATION OF THE PRECEDING SENTENCE SHALL BE NULL AND VOID. THE INVALIDITY OR UNENFORCEABILITY OF ANY PARTICULAR PROVISIONS OF THIS AGREEMENT SHALL NOT AFFECT THE REMAINING PROVISIONS THEREOF, AND THIS AGREEMENT SHALL BE CONSTRUED IN ALL RESPECTS AS IF SUCH INVALID OR UNENFORCEABLE PROVISION HAD BEEN OMITTED. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED FOR HEREIN, THE PROVISIONS OF THIS AGREEMENT ARE FOR THE BENEFIT OF THE PARTIES HERETO AND NOT FOR ANY PERSON OR ENTITY. IT IS AGREED THAT THIS CONTRACT WILL BE BINDING UPON THE HEIRS, ADMINISTRATORS, AND EXECUTORS OF THE RESPECTIVE PARTIES.**

REPORT-ID=35230-30,DDNAME=IMAGES,MEMBER=??????,TYPE=PDF,SECTION=??752-238914-028347-20201001

**ADM PROCESSING**
1388 HIGHWAY 97
VELVA, ND 58790-9003
701/338-2491

| Settlement Number: | 028347-P |
| --- | --- |
| REPRINT | PURCHASE |
| Settlement Date: | 10/01/2020 |
| Customer: | 238914-000 |
| Location: | 752 |

Customer:  BRODAL FARMS LTD
C/O LYNN BRODAL
10131 COUNTY ROAD 6
COLUMBUS  ND  58727-9583
US

**CANOLA**

Settlement Currency in US Dollar

Page  1 of 2

| Ticket | Date | Gross MT | | Adjust | Net MT | Gross | Tare | Net | | | Contract | Price | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TW | MO | TD | HD | OD | DG | CD | DO | IM | MN | ST | OP | FC | WI  EL | US |
| 0500194-01 | 9/29/2020 | | 27.25 | 0.90 | 26.35 | 91280 | 31200 | 60080 | | | | 0013206-01 | 358.25000 | $9,439.89 |
| 51.00 | 7.80 | 1.00 | 0.00 | 0.80 | .2 | 0 | 3.3 | 0 | 0 | 0 | 40.9 | | | |
| c | % | c | | $ | $ | | -3.3%M | | | | % | | -15$ | |

Delivery Loc   ADM PROCESSING                      042236-01                        Elev Ticket #                           Shipment ID   AI7520500194-20-9
Sub Vendor:   BRODAL FARMS LTD                                              Hauler: NAME ID NUMBER NOT FOUND          Vehicle ID: AD01071405
Entry Number:                               ORIGIN:      COLUMBUS, ND

GRAIN ASSESSMENT                    -$23.24

==================
TOTAL PER TICKET                     9416.65

| 0500227-01 | 9/29/2020 | | 28.16 | 0.93 | 27.23 | 92940 | 30860 | 62080 | | | | 0013206-01 | 358.25000 | $9,755.15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51.00 | 8.20 | 0.20 | 0.00 | 0.00 | .2 | 0 | 3.3 | 0 | 0 | 0 | 40.7 | | | |
| c | % | c | | | $ | | -3.3%M | | | | % | | -15$ | |

Delivery Loc   ADM PROCESSING                      042236-02                        Elev Ticket #                           Shipment ID   AI7520500227-20-9
Sub Vendor:   BRODAL FARMS LTD                                              Hauler: NAME ID NUMBER NOT FOUND          Vehicle ID: AD01071405
Entry Number:                               ORIGIN:      COLUMBUS, ND

GRAIN ASSESSMENT                    -$24.01

==================
TOTAL PER TICKET                     9731.14

GRAIN ASSESSMENT                    -$47.25

WEIGHING/INSPECTION FEE             -$30.00

SETTLEMENT AMOUNT                 $19,117.79

GRN-SETTLEMENT FORMS-UF---94300

Exhibit E Page 3 of 6

| Ticket TW | Date MO | Gross ¹Gross MRD | Adjust OD | Net Net DG MT | Gross CD | DO | Tare IM | Net MN | ST | OP | Contract FC | Price WI | EL | Page 2 of 2 Extension us |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ref : 01 | | | 030885 | | | | BRODAL FARMS LTD | | | $19,117.79 |

|  |  |
|---|---|
| Gross | 55.41 |
| Disc. | 1.83 |
| Net MT | 53.58 |
| Extended Amount | $19,195.04 |
| Dollar Deductions | -$77.25 |
| Settlement Amount | $19,117.79 |

**Contracts Due in 90 Days:**

| Commodity | Loc | Contract | Delivery Date | Due Date | Remaining Quantity | Price |
|---|---|---|---|---|---|---|
| | | | | | *** No Open Contracts | |

GRN-SETTLEMENT FORMS-UF—94300

Brodal Farms 000027

REPORT-ID=35230-30,DDNAME=IMAGES,MEMBER=??????,TYPE=PDF,SECTION=??752-238914-028428-20201008

| **ADM PROCESSING** | | **Settlement Number: 028428-P** |
| --- | --- | --- |
| **ADM** 1388 HIGHWAY 97 · VELVA, ND 58790-9003 · 701/338-2491 | | **REPRINT** **PURCHASE** Settlement Date: 10/08/2020 Customer: 238914-000 Location: 752 |
| Customer: **BRODAL FARMS LTD** C/O LYNN BRODAL 10131 COUNTY ROAD 6 COLUMBUS ND 58727-9583 US | | **CANOLA** |

Page 1 of 2

Settlement Currency in US Dollar

| Ticket TW | Date MO | Gross MT TD | HD | Adjust OD | Net MT DG | Gross CD | Tare DO | Net IM | MN | ST | OP | Contract FC | Price WI EL | Extension US |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0500380-01 | 10/2/2020 | 26.65 | 0.61 | | 26.04 | 91680 | 32920 | 58760 | | | | 0013206-01 | 358.25000 | $9,328.83 |
| 51.00 c | 8.50 % | 0.60 c | 0.00 | 0.00 | .6 S | 0 | 2.3 -2.3%M | 0 | 0 | 0 | 40 5 % | | -15S | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #  042314-01
Hauler: NAME ID NUMBER NOT FOUND
ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520500380-20-10
Vehicle ID: AD01071400

GRAIN ASSESSMENT                      -$22.96

====================
TOTAL PER TICKET                      9305.87

| 0500408-01 | 10/2/2020 | 28.38 | 0.57 | | 27.81 | 93780 | 31220 | 62560 | | | | 0013206-01 | 358.25000 | $9,962.93 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51.00 c | 8.30 % | 0.40 c | 0.00 | 0.00 | .4 S | 0 | 2 -2%M | 0 | 0 | 0 | 41 % | | -15S | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #  042314-02
Hauler: NAME ID NUMBER NOT FOUND
ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520500408-20-10
Vehicle ID: AD01071405

GRAIN ASSESSMENT                      -$24.52

====================
TOTAL PER TICKET                      9938.41

| 0500445-01 | 10/2/2020 | 6.12 | 0.15 | | 5.97 | 100840 | 32480 | 68360 | | | | 0013206-01 | 358.25000 | $2,138.75 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51.00 c | 8.40 % | 1.00 c | 0.00 | 0.00 | 1 S | 0 | 2.5 -2.5%M | 0 | 0 | 0 | 40.6 % | | -2.96S | |

Delivery Loc  ADM PROCESSING
Sub Vendor:  BRODAL FARMS LTD
Entry Number:

Elev Ticket #  042314-03
Hauler: NAME ID NUMBER NOT FOUND
ORIGIN:  COLUMBUS, ND

Shipment ID  AI7520500445-20-10
Vehicle ID: AD01071400

GRAIN ASSESSMENT                      -$5.26

====================
TOTAL PER TICKET                      2133.49

GRN-SETTLEMENT FORMS-UF—94300

**Exhibit E Page 5 of 6**

**Exhibit A Page 39 of 64**

Brodal Farms 000028

| Ticket<br>TW | Date<br>MO | Gross MT<br>TD | | Adjust<br>OD | Net MT<br>DG | Gross<br>CD | | Tare<br>IM | Net<br>MN | ST | OP | Contract<br>FC | WI | Price<br>EL | Page 2 of 2<br>Extension<br>US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | HD | | | | DO | | | | | GRAIN ASSESSMENT | | | -$52.74 |
| | | | | | | | | | | | | WEIGHING/INSPECTION FEE | | | -$32.96 |
| | | | | | | | | | | | | SETTLEMENT AMOUNT | | | $21,344.81 |
| | | | | | | Ref : 01 | | 030949 | | | | BRODAL FARMS LTD | | | $21,344.81 |

|  | |
|---|---|
| Gross | 61.15 |
| Disc. | 1.33 |
| Net MT | 59.82 |
| Extended Amount | $21,430.51 |
| Dollar Deductions | -$85.70 |
| Settlement Amount | $21,344.81 |

**Contracts Due in 90 Days:**

| Commodity | Loc | Contract | Delivery<br>Date | Due<br>Date | Remaining<br>Quantity | Price |
|---|---|---|---|---|---|---|
| | | | | | *** No Open Contracts | |

GRN-SETTLEMENT FORMS-UF—94300

Brodal Farms 000029

# Exhibit F



**Exhibit F Page 1 of 1**

 **NGFA Arbitration**

1400 Crystal Drive, Suite 260
Arlington, VA 22202

P: (202) 289-0873
F: (202) 289-5388

# NOTICE OF CLAIM

### RE: <u>Archer-Daniels-Midland Company v. Brodal Farms, Ltd.</u>

### NGFA Arbitration Case Number 2924

September 10, 2021

**<u>Via Federal Express</u>**
Lynn Brodal
Brodal Farms Ltd.
1031 County Rd 6
Columbus, ND 58727

Please be informed that Archer-Daniels-Midland Company (ADM) has submitted a dispute with Brodal Farms Ltd. (Brodal Farms) for arbitration by the National Grain and Feed Association.

Enclosed please find copies of: (1) ADM's letter of complaint and attachments dated August 30, 2021; (2) the NGFA Trade Rules and Arbitration Rules; and (3) NGFA's September 10, 2021, correspondence to ADM.

Please note that the Arbitration Services Contract has been submitted to ADM for completion and payment of the arbitration service fee. Upon its return to this office, the contract will then be forwarded to you for completion and payment of the fee.

**Please send all arbitration-related materials to: NGFA Secretary, 1400 Crystal Drive, Suite 260, Arlington, VA 22202.**

**When sending arbitration materials, please email any tracking numbers to arbitration@ngfa.org. Failure to do so may result in non-delivery or significant delay.**

To contact NGFA by telephone with questions regarding the arbitration process, please call Mary Hitchcock at (202) 289-0873.

Thank you for your attention.

Enclosures

cc:   Christopher A. Kreuder (without enclosures)

 **NGFA Arbitration**

1400 Crystal Drive, Suite 260
Arlington, VA 22202

P: (202) 289-0873
F: (202) 289-5388

## NOTICE: Arbitration Services Contract Due

### RE: <u>Archer-Daniels-Midland Company v. Brodal Farms, Ltd.</u>

### NGFA Arbitration Case Number 2924

September 17, 2021

**<u>Via Federal Express</u>**
Lynn Brodal
Brodal Farms Ltd.
1031 County Rd 6
Columbus, ND 58727

Following up on our September 10, 2021, notice to you, enclosed please find a copy of the Arbitration Services Contract for this case.

Please have the arbitration services contract signed and witnessed as indicated. Arbitration Rule 2 requires that the arbitration service fee and the signed contract be returned within fifteen (15) days. The arbitration fee for this proceeding is $3,675.13.

**Please mail all arbitration-related materials to: NGFA Secretary, 1400 Crystal Drive, Suite 260, Arlington, VA 22202.**

**When sending arbitration materials, please email any tracking numbers to arbitration@ngfa.org. Failure to do so may result in non-delivery or significant delay.**

Also, when returning the arbitration services contract, please specify the one representative who should be served with all papers in this case. To contact NGFA by telephone with questions regarding the arbitration process, please call Mary Hitchcock at (202) 289-0873.

Thank you for your attention.

Enclosure

cc: Christopher A. Kreuder (without enclosure)

# NATIONAL GRAIN AND FEED ASSOCIATION
## ARBITRATION SERVICES CONTRACT
### Case Number 2924

The undersigned parties hereby agree to submit the following controversy to arbitration by the National Grain and Feed Association (NGFA) for resolution.

The dispute concerns claims by Archer-Daniels-Midland Company against Brodal Farms Ltd. involving Archer-Daniels-Midland Company contract 0013984 (broker's contract GCC149581) for canola. Archer-Daniels-Midland Company is claiming $245,008.74 in damages.

The parties agree to comply with all NGFA Arbitration Rules, including, but not limited to, those rules requiring the parties to advance approximate expenses when an oral hearing is requested. The parties agree that noncompliance with any NGFA Arbitration Rules may result in a default judgment.

The parties further agree to abide by the decision reached in this case and that the decision shall be final, subject to federal and state law (if applicable) and the NGFA Arbitration Rules relating to appeals.

The parties hereby release from liability and waive any right to pursue any action or claim against any member of the Arbitration Committee (and any Appeals Committee), NGFA, the NGFA Secretary and NGFA's employees and non-employee directors and officers for any act or omission, including for error in judgment, related to any proceeding, conduct or activity in connection with this arbitration, administration of the arbitration process or the arbitration award.

The parties also agree that no party shall seek to make the NGFA Secretary, NGFA arbitrators or NGFA's employees or non-employee directors or officers a party or witness in any judicial or other proceeding related to any arbitration under these rules.

The parties further understand that NGFA shall close its files related to this case one year after its conclusion, including the disposal of any and all documents and other file materials.

The parties agree that in the event a member of the Arbitration Committee (and any Appeals Committee) is unable to continue in the determination of this case, the NGFA Secretary may appoint another member to so act, in accordance with the Arbitration Rules, and that all terms of this agreement shall remain binding on the parties.

PLAINTIFF:   Archer-Daniels-Midland Company

ADDRESS: 77 W. Wacker, Ste. 4600
        Chicago, IL 60601

NAME: Jessica Staiger

TITLE: Associate Gen. Counsel, Litigation

SIGNATURE: Jessica Staiger

DATE: 9/15/21

WITNESS:

DEFENDANT:   Brodal Farms Ltd.

ADDRESS: _____

_____

NAME: _____

TITLE: _____

SIGNATURE: _____

DATE: _____

WITNESS: _____

In District Court, Burke County, North Dakota

NOTIFICATION OF ASSIGNMENT AND CASE NUMBER

Bordal Farms Ltd
     Plaintiff/Petitioner,

vs.                                            Case No. 07-2021-CV-00041

Archer-Daniels-Midland Company
     Defendant/Respondent.

INTERESTED PARTIES:

ATTY. FOR DEFENDANT/RESPONDENT:    Pro Se
ATTY. FOR PLAINTIFF/PETITIONER:      Steven A. Lautt
DEFENDANT/RESPONDENT:              Archer-Daniels-Midland Company
PLAINTIFF/PETITIONER:                 Bordal Farms Ltd

RE:  Other Civil

This case has been assigned to the Hon. Gary Lee on the 7th day of October, 2021.  All future proceedings will be before the judge.

Pursuant to Rule 3.1 of the North Dakota Rules of Court, it is incumbent upon you to place the assigned file number on the front or title page in the upper right-hand corner of the instrument to be filed.

Dated  on this the 7th day of October, 2021.

Filed and

Signed: 10/7/2021 10:42:00 AM

BY:_____

District Court
P.O. Box 219
Bowbells ND  58721
(701) 377-2718

                                      N.D. Rules of Court 3.1

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF BURKE                          NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd.,<br><br>     Plaintiff,<br><br> -vs-<br><br>Archer-Daniels-Midland Company,<br><br>     Defendant. | Case No. 07-2021-CV-00041<br><br><br>**NOTICE OF APPEARANCE** |

[1]  PLEASE TAKE NOTICE that Ian R. McLean of the Serkland Law Firm, 10 Roberts Street North, P.O. Box 6017, Fargo, North Dakota, 58108-6017, hereby appears on behalf of the Defendant Archer-Daniels-Midland Company.

[2]  Please serve all further documents, pleadings, and correspondence filed with the Court on the undersigned.

Dated: October 21, 2021   /s/ Ian R. McLean
            Ian R. McLean (#05788)
            SERKLAND LAW FIRM
            10 Roberts Street North
            P.O. Box 6017
            Fargo, ND 58108-6017
            701.232.8957
            imclean@serklandlaw.com

            ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA

COUNTY OF BURKE

IN DISTRICT COURT

NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd.,<br><br>               Plaintiff,<br><br>  -vs-<br><br>Archer-Daniels-Midland Company,<br><br>             Defendant. | Case No. 07-2021-CV-00041<br><br><br>**CERTIFICATE OF SERVICE** |

STATE OF NORTH DAKOTA
COUNTY OF CASS

[1]    I hereby certify that on October 21, 2021, the following document:

- **Notice of Appearance**

was filed with the Clerk of Court through the Odyssey system for electronic service through Odyssey on the following:

      **Steven A. Lautt**
      **PRINGLE & HERIGSTAD, P.C.**
      slautt@pringlend.com

      Dated: October 21, 2021     /s/ Ian R. McLean
                           Ian R. McLean (#05788)
                           SERKLAND LAW FIRM
                           10 Roberts Street North
                           P.O. Box 6017
                           Fargo, ND 58108-6017
                           701.232.8957
                           imclean@serklandlaw.com

                           ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF BURKE                          NORTH CENTRAL JUDICIAL DISTRICT

| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
|---|---|
| Plaintiff, | |
| -vs- | **STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

[1]     COME NOW, Plaintiff Brodal Farms, Ltd. and Defendant Archer-Daniels-Midland Company, each by and through their undersigned attorneys, and submits this Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings.

[2]     Plaintiff filed the Motion for Termination of Arbitration Proceedings (the "Motion") on October 6, 2021.

[3]     The parties hereby stipulate and agree that Defendant shall have until and including October 29, 2021, to respond to the motion.

[4]     NOW WHEREFORE, the parties request an entry of an order allowing Defendant until and including October 29, 2021, to respond to the Motion for Termination of Arbitration Proceedings.

Dated: October 21, 2021

/s/ *Steven A. Lautt*

Steven A. Lautt (#07242)
PRINGLE & HERIGSTAD, P.C.
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
701.852.0381
slautt@pringlend.com

ATTORNEYS FOR PLAINTIFF

Date: October 21, 2021

/s/ *Ian R. McLean*

Ian R. McLean (#07320)
SERKLAND LAW FIRM
10 Roberts Street North
P.O. Box 6017
Fargo, ND 58108
701.232.8957
imclean@serklandlaw.com

and

Christopher A. Kreuder (IA #AT0013264)
*pro hac vice pending*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
515.248.9000
christopher.kreuder@faegredrinker.com

ATTORNEYS FOR DEFENDANT

2

STATE OF NORTH DAKOTA                               IN DISTRICT COURT

COUNTY OF BURKE                      NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| -vs- | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

[1]    This matter came before the Court on the stipulation of the parties to extend

the time to respond to Motion for Termination of Arbitration Proceedings. Based on the

stipulation of the parties and the record:

[2]    Defendant Archer-Daniels-Midland Company shall have to and including

October 29, 2021, to respond to the motion.

[3]    IT IS ORDERED.

BY THE COURT:
Signed: 10/23/2021 6:49:30 PM

_____

Gary H. Lee
Judge of the District Court

STATE OF NORTH DAKOTA                           IN DISTRICT COURT

COUNTY OF BURKE                     NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

STATE OF NORTH DAKOTA
COUNTY OF CASS

[1]     I hereby certify that on October 21, 2021, the following documents:

- **Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings; and**
- **(Proposed) Order Extending Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings**

were filed with the Clerk of Court through the Odyssey system for electronic service through Odyssey on the following:

     **Steven A. Lautt**
     **PRINGLE & HERIGSTAD, P.C.**
     slautt@pringlend.com

Dated: October 21, 2021          _/s/ Ian R. McLean_____

                            Ian R. McLean (#05788)
                            SERKLAND LAW FIRM
                            10 Roberts Street North
                            P.O. Box 6017
                            Fargo, ND 58108-6017
                            701.232.8957
                            imclean@serklandlaw.com

                            ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA                                   IN DISTRICT COURT

COUNTY OF BURKE                         NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd.,<br><br>                            Plaintiff,<br><br>  -vs-<br><br>Archer-Daniels-Midland Company,<br><br>                      Defendant. | Case No. 07-2021-CV-00041<br><br><br>**ORDER EXTENDING DEFENDANT'S<br>TIME TO RESPOND TO MOTION FOR<br>TERMINATION OF ARBITRATION<br>PROCEEDINGS** |

[1]    This matter came before the Court on the stipulation of the parties to extend the time to respond to Motion for Termination of Arbitration Proceedings. Based on the stipulation of the parties and the record:

[2]    Defendant Archer-Daniels-Midland Company shall have to and including October 29, 2021, to respond to the motion.

[3]    IT IS ORDERED.

BY THE COURT:
Signed: 10/23/2021 6:49:30 PM

_____
Gary H. Lee
Judge of the District Court

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF BURKE                              NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| -vs- | **AMENDED** NOTICE OF APPEARANCE |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

[1]     PLEASE TAKE NOTICE that Ian R. McLean of the Serkland Law Firm, 10 Roberts Street North, P.O. Box 6017, Fargo, North Dakota, 58108-6017, hereby appears on behalf of the Defendant Archer-Daniels-Midland Company.

[2]     Please serve all further documents, pleadings, and correspondence filed with the Court on the undersigned.

Dated: October 26, 2021         /s/ Ian R. McLean
                                Ian R. McLean (#07320)
                                SERKLAND LAW FIRM
                                10 Roberts Street North
                                P.O. Box 6017
                                Fargo, ND 58108-6017
                                701.232.8957
                                imclean@serklandlaw.com

                                ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF BURKE                         NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

STATE OF NORTH DAKOTA
COUNTY OF CASS

[1]      I hereby certify that on October 26, 2021, the following document:

- **Amended Notice of Appearance**

was filed with the Clerk of Court through the Odyssey system for electronic service through Odyssey on the following:

> **Steven A. Lautt**
> **PRINGLE & HERIGSTAD, P.C.**
> slautt@pringlend.com

Dated: October 26, 2021          /s/ Ian R. McLean
                                 Ian R. McLean (#05788)
                                 SERKLAND LAW FIRM
                                 10 Roberts Street North
                                 P.O. Box 6017
                                 Fargo, ND 58108-6017
                                 701.232.8957
                                 imclean@serklandlaw.com

                                 ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA                          IN DISTRICT COURT
COUNTY OF BURKE                      NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Archer-Daniels-Midland Company, <br><br> Defendant. | Case No. 07-2021-CV-00041 <br><br> **STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |

¶1.     COMES NOW, Plaintiff Brodal Farms, Ltd. and Defendant Archer-Daniels-Midland Company, each by and through their undersigned attorneys, submit this Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings.

¶2.     Plaintiff filed the pending Motion for Termination of Arbitration Proceedings (the "Motion") on October 6, 2021.

¶3.     The parties hereby stipulate and agree that Defendant shall have until and including November 8, 2021 to respond to the Motion.

¶4.     NOW WHEREFORE, the parties request an entry of an Order allowing Defendant until and including November 8, 2021, to respond to the Motion for Termination of Arbitration Proceedings.

Dated: October 28, 2021

**PRINGLE & HERIGSTAD, P.C.**            **SERKLAND LAW FIRM**

*/s/ Steven A. Lautt*                            */s/ Ian R. McLean*
Steven A. Lautt (ID #07242)             Ian R. McLean (ID #07320)
slautt@pringlend.com                       imclean@serklandlaw.com
2525 Elk Drive                                  10 Roberts St. N.
PO Box 1000                                    Fargo, ND 58108
Minot, ND 58702-1000                     Telephone: (701) 232-8957
Telephone: (701) 852-0381             Facsimile: (701) 237-4049

**ATTORNEY FOR PLAINTIFF**       And

                                                       **FAEGRE DRINKER BIDDLE & REATH
                                                       LLP**

                                                       Christopher A. Kreuder, Iowa AT0013264
                                                       *Pro hac vice pending*
                                                       christopher.kreuder@faegredrinker.com
                                                       801 Grand Avenue, 33rd Floor
                                                       Des Moines, IA 50309
                                                       Telephone: (515) 248-9000
                                                       Facsimile: (515) 248-9010

                                                       **ATTORNEYS FOR DEFENDANT
                                                       ARCHER-DANIELS-MIDLAND COMPANY**

US.135118189.01

2

STATE OF NORTH DAKOTA                          IN DISTRICT COURT
COUNTY OF BURKE                      NORTH CENTRAL JUDICIAL DISTRICT

Brodal Farms, Ltd.,                  Case No. 07-2021-CV-00041

              Plaintiff,

v.                                   **ORDER EXTENDING DEFENDANT'S**
                                     **TIME TO RESPOND TO MOTION FOR**
Archer-Daniels-Midland Company,      **TERMINATION OF ARBITRATION**
                                     **PROCEEDINGS**
              Defendant.

[1] This matter came before the court on the stipulation of the parties to extend the time to respond to Motion for Termination of Arbitration Proceedings. Based on the stipulation of the parties and the record,

[2] The Defendant, Archer-Daniels-Midland Company, shall have to and including November 8, 2021 to respond to the Motion.

[3] IT IS ORDERED.                   Signed: 10/29/2021 11:09:31 AM

Dated: October ___, 2021

                                     _____
                                     Gary H. Lee
                                     Judge of the District Court

US.135132679.02

STATE OF NORTH DAKOTA                                    IN DISTRICT COURT

COUNTY OF BURKE                           NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd.,<br><br>Plaintiff,<br><br>-vs-<br><br>Archer-Daniels-Midland Company,<br><br>Defendant. | Case No. 07-2021-CV-00041<br><br><br>**CERTIFICATE OF SERVICE** |

STATE OF NORTH DAKOTA
COUNTY OF CASS

[1]     I hereby certify that on October 28, 2021, the following document:

1.  **Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings**
2.  **(Proposed) Order**

was filed with the Clerk of Court through the Odyssey system for electronic service through Odyssey on the following:

> **Steven A. Lautt**
> **PRINGLE & HERIGSTAD, P.C.**
> slautt@pringlend.com

Dated: October 28, 2021            /s/ Ian R. McLean
                                   Ian R. McLean (#05788)
                                   SERKLAND LAW FIRM
                                   10 Roberts Street North
                                   P.O. Box 6017
                                   Fargo, ND 58108-6017
                                   701.232.8957
                                   imclean@serklandlaw.com

                                   ATTORNEYS FOR DEFENDANT

STATE OF NORTH DAKOTA                 IN DISTRICT COURT
COUNTY OF BURKE            NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

[1] This matter came before the court on the stipulation of the parties to extend the time to respond to Motion for Termination of Arbitration Proceedings. Based on the stipulation of the parties and the record,

[2] The Defendant, Archer-Daniels-Midland Company, shall have to and including November 8, 2021 to respond to the Motion.

[3] IT IS ORDERED.                 Signed: 10/29/2021 11:09:31 AM

Dated: October ___, 2021

_____
Gary H. Lee
Judge of the District Court

US.135132679.02

STATE OF NORTH DAKOTA                       IN DISTRICT COURT

COUNTY OF BURKE                 NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., <br><br>           Plaintiff, <br><br>   -vs- <br><br> Archer-Daniels-Midland Company, <br><br>           Defendant. | Case No. 07-2021-CV-00041 <br><br> **STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |

[1]     COMES NOW, Plaintiff Brodal Farms, Ltd. and Defendant Archer-Daniels-Midland Company, each by and through their undersigned attorneys, submit this Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings.

[2]     Plaintiff filed the pending Motion for Termination of Arbitration Proceedings (the "Motion") on October 6, 2021.

[3]     The parties hereby stipulate and agree that Defendant shall have until and including November 12, 2021, to respond to the Motion.

[4]     NOW WHEREFORE, the parties request an entry of an Order allowing Defendant until and including November 12, 2021, to respond to the Motion for Termination of Arbitration Proceedings.

Dated: November 5, 2021

/s/ *Steven A. Lautt*

Steven A. Lautt (#07242)
PRINGLE & HERIGSTAD, P.C.
slautt@pringlend.com
2525 Elk Drive
P.O. Box 1000
Minot, ND 58702-1000
701.852.0381
slautt@pringlend.com

ATTORNEY FOR PLAINTIFF

Dated: November 5, 2021

/s/ *Ian R. McLean*

Ronald H. McLean (#03260)
Ian R. McLean (#07320)
SERKLAND LAW FIRM
10 Roberts Street North
P.O. Box 6017
Fargo, ND 58108
701.232.8957
rmclean@serklandlaw.com
imclean@serklandlaw.com

and

Christopher A. Kreuder (IA #AT0013264)
*Pro hac vice pending*
FAEGRE DRINKER BIDDLE & REATH, LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
515.248.9000
christopher.kreuder@faegredrinker.com

ATTORNEYS FOR DEFENDANT
ARCHER-DANIELS-MIDLAND COMPANY

STATE OF NORTH DAKOTA                              IN DISTRICT COURT

COUNTY OF BURKE                         NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., <br><br>            Plaintiff, <br><br>     -vs- <br><br> Archer-Daniels-Midland Company, <br><br>           Defendant. | Case No. 07-2021-CV-00041 <br><br> **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO MOTION FOR TERMINATION OF ARBITRATION PROCEEDINGS** |

[1]      This matter came before the Court on the stipulation of the parties to extend the time to respond to Motion for Termination of Arbitration Proceedings. Based on the stipulation of the parties and the record,

[2]      The Defendant, Archer-Daniels-Midland Company, shall have to and including November 12, 2021, to respond to the motion.

[3]      IT IS ORDERED.

                              BY THE COURT:

                              _____

                              Gary H. Lee
                              Judge of the District Court

STATE OF NORTH DAKOTA                    IN DISTRICT COURT

COUNTY OF BURKE                    NORTH CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| Brodal Farms, Ltd., | Case No. 07-2021-CV-00041 |
| Plaintiff, | |
| -vs- | **CERTIFICATE OF SERVICE** |
| Archer-Daniels-Midland Company, | |
| Defendant. | |

STATE OF NORTH DAKOTA
COUNTY OF CASS

[1]      I hereby certify that on November 5, 2021, the following documents:

- **Stipulation Regarding Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings**
- **(Proposed) Order Extending Defendant's Time to Respond to Motion for Termination of Arbitration Proceedings**

were filed with the Clerk of Court through the Odyssey system for electronic service through Odyssey on the following:

> **Steven A. Lautt**
> **PRINGLE & HERIGSTAD, P.C.**
> slautt@pringlend.com

Dated: November 5, 2021          /s/ Ian R. McLean
                                                          Ian R. McLean (#05788)
                                                          SERKLAND LAW FIRM
                                                          10 Roberts Street North
                                                          P.O. Box 6017
                                                          Fargo, ND 58108-6017
                                                          701.232.8957
                                                          imclean@serklandlaw.com

                                                          ATTORNEYS FOR DEFENDANT